United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

JOHN NYTL,

Case No.   15-cv-02290-LB

                    Plaintiff,

8
9

        v.

**REASSIGNMENT ORDER**

10

JP MORGAN BANK, et al.,

                    Defendants.

11
12
13

GOOD CAUSE APPEARING THEREFOR,

14

        IT IS ORDERED that this case is reassigned to the **Honorable Vince Chhabria** in **San**

15

**Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

16

bear the **initials VC** immediately after the case number. All dates presently scheduled are vacated

17

and motions should be renoticed for hearing before the judge to whom the case has been

18

reassigned. Briefing schedules, including ADR and other deadlines remain unchanged. *See* Civil

19

L.R. 7-7(d). Matters for which a magistrate judge has already issued a report and recommendation

20

shall not be rebriefed or noticed for hearing before the newly assigned judge; such matters shall

21

proceed in accordance with Fed. R. Civ. P. 72(b).

22

            .

23

Dated: 5/27/2015

24

FOR THE EXECUTIVE COMMITTEE:

25

_____

26

Richard W. Wieking
Clerk of Court

27

A true and correct copy of this order has been served by mail upon any pro se parties.

28