1  [*SUBMITTING COUNSEL ON SIGNATURE PAGE*]
2
3
4
5
6
7
8
9
10
11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13              SAN FRANCISCO DIVISION
14
15  JOHN NYPL, et al.,                        Case No. 3:15-cv-02290-VC
16              Plaintiffs,                   **STIPULATION AND [PROPOSED]**
                                              **ORDER REGARDING SERVICE OF THE**
17       v.                                   **FIRST AMENDED CLASS ACTION**
                                              **COMPLAINT; SETTING A SCHEDULE**
18  JPMORGAN CHASE & CO., et al.,             **FOR DEFENDANTS TO MOVE TO**
                                              **TRANSFER VENUE; AND PRESERVING**
19              Defendants.                   **ALL DEFENSES**
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER**

Plaintiffs John Nypl, Lisa McCarthy, MAD Travel, Inc. a.k.a. Travel Leaders, Valarie Jolly, Go Everywhere, Inc., William Rubinsohn d.b.a. Rubinsohn Travel (collectively, "Plaintiffs"); and Defendants J.P. Morgan Chase & Co., J.P. Morgan Chase N.A., Bank of America NA, HSBC Finance Corporation, HSBC Bank USA, HSBC North America Holdings, Inc., HSBC Holdings plc, Citigroup, Inc., UBS AG, Barclays PLC, Royal Bank of Scotland (collectively, "Defendants"), so as to conserve both party and judicial resources, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff Nypl filed a class action complaint for violations of the Sherman Act, the California Cartwright Act, and the California Unfair Competition Law (the "Complaint") on May 21, 2015;

WHEREAS, the Plaintiffs filed the first amended class action complaint for violations of the Sherman Act (the "First Amended Complaint") on June 11, 2015;

WHEREAS, on May 28, 2015, the Court entered an Order directing the parties to file a Joint Case Management Statement by August 18, 2015, and to appear for a Case Management Conference at 10:00 am on August 25, 2015;

WHEREAS, none of the Defendants in this action has been served with the Complaint or with the First Amended Class Action Complaint;

WHEREAS, Defendants assert that class actions based on similar allegations are pending before the Honorable Lorna G. Schofield in the United States District Court for the Southern District of New York under the caption *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, Case No. 13-cv-7789;

WHEREAS, after the Defendants are served with the First Amended Class Action Complaint, the Defendants intend to move to transfer venue from this Court to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404 or § 1406 for this action to be consolidated with the *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, Case No. 13-cv-7789, and the Plaintiffs intend to oppose Defendants' motions;

WHEREAS, the Defendants wish to clarify that by entering into this Stipulation and by moving to transfer venue, they do not waive any defense or motion under Fed. R. Civ. P. 12, including motions challenging jurisdiction and the sufficiency of the complaint;

AND WHEREAS, the Plaintiffs and Defendants have conferred and agreed that pursuant to and in consideration for the terms of this Stipulation, and subject to the Court's approval (1) counsel for Defendants will accept service of the First Amended Complaint on behalf of their client(s); (2) no Defendant waives any defense, including personal jurisdiction, by entering into this Stipulation or moving to transfer venue; (3) all deadlines for Rule 12 motions or responsive pleadings are stayed pending the resolution of the Defendants' motions to transfer venue; (4) Defendants do not waive their right to file any Rule 12 motions in this action after motions to transfer venue have been decided; and (5) if the Court denies the Defendants' motions to transfer venue, the parties will confer to establish a mutually agreeable schedule for Defendants to either move to dismiss or respond to the First Amended Complaint.

THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL, HEREBY STIPULATE, AND THE COURT ORDERS AS FOLLOWS:

1.   Service of the First Amended Complaint on the Defendants shall be effective as of the date of the entry of the Order granting this Stipulation.  Neither the Defendants' acceptance of such service nor the Defendants' agreement to this Stipulation shall constitute a waiver of any other defense, including, but not limited to the defense of lack of personal jurisdiction.

2.   All deadlines for the Defendants to respond to the First Amended Complaint shall be stayed pending resolution of the Defendants' motions to transfer venue.  Defendants have not waived their right to file any Rule 12 motions in this action.

3.   The Defendants' motions to transfer venue must be filed no later than 20 days after the entry of this Order.  Such motions will be noticed for hearing, pursuant to Civil Local Rule 7-3, on the first mutually agreeable hearing date after filing of the motions.

4. If the Court denies the Defendants' motions to transfer venue, the parties will confer and propose a mutually agreeable schedule to the Court for Defendants to either move to dismiss or respond to the First Amended Complaint.

```
5. The case management conference is rescheduled to October 27, 2015. The case

management statement is due 7 days before the CMC.
```

DATED: August 14, 2015          GIBSON, DUNN & CRUTCHER LLP

                                By: /s/ Joel S. Sanders

                                Joel S. Sanders
                                555 Mission Street, Suite 3000
                                San Francisco, CA 94105-2933
                                Telephone: (415) 393-8200
                                Facsimile: (415) 393-8206
                                jsanders@gibsondunn.com

                                ***Attorneys for Defendant UBS AG***


DATED: August 14, 2015          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                By: /s/ Peter E. Greene

                                Peter E. Greene
                                Boris Bershteyn
                                Peter S. Julian
                                Four Times Square
                                New York, NY 10036
                                Telephone: (212) 735-3000
                                Facsimile: (212) 735-2000
                                peter.greene@skadden.com
                                boris.bershteyn@skadden.com
                                peter.julian@skadden.com

                                Douglas A. Smith
                                300 South Grand Avenue, Suite 3400
                                Los Angeles, CA 90071
                                Telephone: (213) 687-5000
                                Facsimile: (213) 687-5600

                                ***Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.***

| | | |
|---|---|---|
| 1 | DATED: August 14, 2015 | SHEARMAN & STERLING LLP |
| 2 | | By: /s/ Stephen D. Hibbard |
| 3 | | |
| 4 | | Stephen D. Hibbard (SBN 177865)<br>525 Market Street, Suite 1500 |
| 5 | | San Francisco, CA 94105<br>Telephone: (415) 616-1100 |
| 6 | | Facsimile: (415) 616-1199<br>shibbard@shearman.com |
| 7 | | Adam S. Hakki |
| 8 | | Richard F. Schwed |
| 9 | | Jeffrey J. Resetarits<br>599 Lexington Avenue |
| 10 | | New York, New York 10022<br>Telephone: (212) 848-4000 |
| 11 | | Facsimile: (646) 848-7179<br>ahakki@shearman.com |
| 12 | | rschwed@shearman.com<br>jeffrey.resetarits@shearman.com |
| 13 | | |
| 14 | | ***Attorneys for Defendants Bank of America Corporation and Bank of America, N.A.*** |
| 15 | | |
| 16 | DATED: August 14, 2015 | LOCKE LORD LLP |
| 17 | | By: /s/ Regina J. McClendon |
| 18 | | Regina J. McClendon |
| 19 | | 44 Montgomery Street, Suite 2400<br>San Francisco, CA  94104 |
| 20 | | Telephone:  (415) 318-8804<br>rmcclendon@lockelord.com |
| 21 | | |
| 22 | | ***Attorneys for Defendants HSBC Finance Corporation, HSBC Bank USA, N.A., HSBC North America*** |
| 23 | | ***Holdings, Inc., and HSBC Holdings plc*** |
| 24 | | |
| 25 | DATED: August 14, 2015 | COVINGTON & BURLING LLP |
| 26 | | By: /s/ Tammy Albarrán |
| 27 | | Tammy Albarrán |
| 28 | | One Front Street<br>San Francisco, CA 94111-5356 |

4

**STIPULATION AND [PROPOSED] ORDER**

Telephone: (415) 591-7066
talbarran@cov.com

Andrew A. Ruffino
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson
Andrew D. Lazerow
One City Center
Washington, D.C. 20004
Telephone: (202) 662-6000
awiseman@cov.com
tisaacson@cov.com
alazerow@cov.com

***Attorneys for Defendant Citigroup Inc.***

DATED: August 14, 2015        DAVIS POLK & WARDWELL LLP

By: /s/ Neal A. Potischman

Neal A. Potischman (SBN 254862)
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
neal.potischman@davispolk.com

Joel M. Cohen
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-4800
joel.cohen@davispolk.com

***Attorneys for Defendant The Royal Bank of Scotland plc***

DATED: August 14, 2015        SULLIVAN & CROMWELL LLP

By: /s/ Adam S. Paris

5

**STIPULATION AND [PROPOSED] ORDER**

|   |   |
|---|---|
|   | Adam S. Paris |
|   | John D. Echeverria |
|   | 1888 Century Park East |
|   | Los Angeles, California 90067-1725 |
|   | Telephone: (310) 712-6600 |
|   | Facsimile: (310) 712-8800 |
|   | parisa@sullcrom.com |
|   | echeverriaj@sullcrom.com |
|   | **Attorneys for Defendant Barclays Bank PLC** |
| DATED: August 14, 2015 | ALIOTO LAW FIRM |
|   | By: /s/ *Joseph M. Alioto* |
|   | Joseph M. Alioto |
|   | Theresa D. Moore |
|   | Jamie Miller |
|   | One Sansome Street, Suite 3500 |
|   | San Francisco, CA  94104 |
|   | Telephone: (415) 434-8900 |
|   | Facsimile: (415) 434-9200 |
|   | jmiller@aliotolaw.com |
|   | tmoore@aliotolaw.com |
|   | **Attorneys for Plaintiffs John Nypl, Lisa McCarthy, MAD Travel, Inc. a.k.a. Travel Leaders, Valarie Jolly, Go Everywhere, Inc., William Rubinsohn d.b.a. Rubinsohn Travel** |
| DATED: August 14, 2015 | LAW OFFICES OF LINGEL H. WINTERS |
|   | By: /s/ *Lingel H. Winters* |
|   | Lingel H. Winters, Esq. |
|   | 275 Battery Street, Suite 2600 |
|   | San Francisco, California 94111 |
|   | Telephone: (415) 398-2941 |
|   | Facsimile: (415) 393-9887 |
|   | sawmill2@aol.com |
|   | **Attorney for Plaintiffs John Nypl, Lisa McCarthy, MAD Travel, Inc. a.k.a. Travel Leaders, Valarie Jolly, Go Everywhere, Inc., William Rubinsohn d.b.a. Rubinsohn Travel** |

1
2
3       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
4
5   DATED: August 20, 2015
6                                               _____
7                                               HONORABLE
8                                               UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



7

**STIPULATION AND [PROPOSED] ORDER**