[*SUBMITTING COUNSEL ON SIGNATURE PAGE*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN NYPL, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>JPMORGAN CHASE & CO., et al.,<br><br>        Defendants. | Case No. 3:15-cv-02290-VC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO TRANSFER UNDER 28 U.S.C. § 1404 AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE [CURRENTLY SCHEDULED FOR OCTOBER 27]** |

WHEREAS Plaintiffs John Nypl, Lisa McCarthy, MAD Travel, Inc. a.k.a. Travel Leaders, Valarie Jolly, Go Everywhere, Inc., William Rubinsohn d.b.a. Rubinsohn Travel (collectively, "Plaintiffs"), and Defendants J.P. Morgan Chase & Co., J.P. Morgan Chase N.A., Bank of America NA, HSBC Finance Corporation, HSBC Bank USA, HSBC North America Holdings, Inc., HSBC Holdings plc, Citigroup, Inc., UBS AG, Barclays PLC, Royal Bank of Scotland[*] (collectively, "Defendants"), have agreed, at the Court's direction, to continue the hearing date on Defendants' Motion to Transfer Under 28 U.S.C. § 1404 ("Transfer Motion") to November 12, 2015, at 10:00 a.m.;

WHEREAS, the parties believe it will conserve judicial and party resources for the Transfer Motion to be heard before the Case Management Conference currently scheduled for October 27, 2015;

THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL, HEREBY STIPULATE, AND THE COURT ORDERS AS FOLLOWS:

1. Plaintiffs shall file and serve their opposition to the Transfer Motion on or before October 14, 2015;

2. Defendants shall file and serve their reply on the Transfer Motion on or before October 28, 2015;

3. The date of the Case Management Conference shall be continued to December 1, 2015, at 10:00 a.m.

///

///

---

[*] The First Amended Complaint names as a Defendant "Royal Bank of Scotland," which is not an accurate corporate name. For present purposes only, The Royal Bank of Scotland plc joins this stipulation reserving all rights, including as to personal jurisdiction, subject to clarification and revision if the case proceeds.

1

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO TRANSFER UNDER 28 U.S.C. § 1404 AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

| | | |
|---|---|---|
| DATED: September 17, 2015 | | GIBSON, DUNN & CRUTCHER LLP |

By: /s/ Joel S. Sanders

Joel S. Sanders
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8206
jsanders@gibsondunn.com

**Attorneys for Defendant UBS AG**

DATED: September 17, 2015        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Peter E. Greene

Peter E. Greene
Boris Bershteyn
Peter S. Julian
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
peter.greene@skadden.com
boris.bershteyn@skadden.com
peter.julian@skadden.com

Douglas A. Smith
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

**Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.**

2

| | | |
|---|---|---|
| 1 | DATED: September 17, 2015 | SHEARMAN & STERLING LLP |
| 2 | | By: /s/ Stephen D. Hibbard |
| 3 | | |
| 4 | | Stephen D. Hibbard (SBN 177865)<br>525 Market Street, Suite 1500 |
| 5 | | San Francisco, CA 94105<br>Telephone: (415) 616-1100 |
| 6 | | Facsimile: (415) 616-1199<br>shibbard@shearman.com |
| 7 | | Adam S. Hakki |
| 8 | | Richard F. Schwed |
| 9 | | Jeffrey J. Resetarits<br>599 Lexington Avenue |
| 10 | | New York, New York 10022<br>Telephone: (212) 848-4000 |
| 11 | | Facsimile: (646) 848-7179<br>ahakki@shearman.com |
| 12 | | rschwed@shearman.com<br>jeffrey.resetarits@shearman.com |
| 13 | | |
| 14 | | *Attorneys for Defendants Bank of America Corporation and Bank of America, N.A.* |
| 15 | DATED: September 17, 2015 | LOCKE LORD LLP |
| 16 | | |
| 17 | | By: /s/ Regina J. McClendon |
| 18 | | Regina J. McClendon<br>44 Montgomery Street, Suite 4100 |
| 19 | | San Francisco, CA 94104<br>Telephone: (415) 318-8804 |
| 20 | | rmcclendon@lockelord.com |
| 21 | | J. Matthew Goodin (*pro hac vice*) |
| 22 | | 111 S. Wacker Drive<br>Chicago, Illinois 60606 |
| 23 | | Telephone: (312) 443-0472<br>jmgoodin@lockelord.com |
| 24 | | |
| 25 | | *Attorneys for Defendants HSBC Finance Corporation, HSBC Bank USA, N.A., HSBC North America* |
| 26 | | *Holdings, Inc., and HSBC Holdings plc* |
| 27 | | |
| 28 | | |

3

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO TRANSFER UNDER 28 U.S.C. § 1404 AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

| | | |
|---|---|---|
| 1 | DATED: September 17, 2015 | COVINGTON & BURLING LLP |
| 2 | | By: /s/ Tammy Albarrán |
| 3 | | Tammy Albarrán |
| 4 | | One Front Street<br>San Francisco, CA 94111-5356 |
| 5 | | Telephone: (415) 591-7066<br>talbarran@cov.com |
| 6 | | |
| 7 | | ***Attorneys for Defendant Citigroup Inc.*** |
| 9 | DATED: September 17, 2015 | DAVIS POLK & WARDWELL LLP |
| 10 | | By: /s/ Neal A. Potischman |
| 11 | | Neal A. Potischman (SBN 254862) |
| 12 | | 1600 El Camino Real<br>Menlo Park, CA 94025 |
| 13 | | Telephone: (650) 752-2000<br>Facsimile: (650) 752-2111 |
| 14 | | neal.potischman@davispolk.com |
| 15 | | Joel M. Cohen (*pro hac vice*) |
| 16 | | 450 Lexington Avenue<br>New York, New York 10017 |
| 17 | | Telephone: (212) 450-4000<br>Facsimile: (212) 450-4800 |
| 18 | | joel.cohen@davispolk.com |
| 19 | | ***Attorneys for Defendant The Royal Bank of Scotland plc*** |

4

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO TRANSFER UNDER 28 U.S.C. § 1404 AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

DATED: September 17, 2015        SULLIVAN & CROMWELL LLP

By: /s/ Adam S. Paris

Adam S. Paris
John D. Echeverria
1888 Century Park East
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
parisa@sullcrom.com
echeverriaj@sullcrom.com

*Attorneys for Defendant Barclays Bank PLC*

5

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO TRANSFER UNDER 28 U.S.C. § 1404 AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

| | | |
|---|---|---|
| 1 | DATED: September 17, 2015 | ALIOTO LAW FIRM |
| 2 | | By: /s/ Joseph M. Alioto |

Joseph M. Alioto
Theresa D. Moore
Jamie Miller
One Sansome Street, Suite 3500
San Francisco, CA  94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
jmiller@aliotolaw.com
tmoore@aliotolaw.com

***Attorneys for Plaintiffs John Nypl, Lisa McCarthy, MAD Travel, Inc. a.k.a. Travel Leaders, Valarie Jolly, Go Everywhere, Inc., William Rubinsohn d.b.a. Rubinsohn Travel***

DATED: September 17, 2015            LAW OFFICES OF LINGEL H. WINTERS

By: /s/ Lingel H. Winters

Lingel H. Winters, Esq.
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-2941
Facsimile: (415) 393-9887
sawmill2@aol.com

***Attorney for Plaintiffs John Nypl, Lisa McCarthy, MAD Travel, Inc. a.k.a. Travel Leaders, Valarie Jolly, Go Everywhere, Inc., William Rubinsohn d.b.a. Rubinsohn Travel***

## ATTESTATION PURSUANT TO LOCAL CIVIL RULE 5-1

Pursuant to Local Civil Rule 5-1 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

　　　　　　　　　　　　　　　　　　　　　　 /s/ Joel S. Sanders
　　　　　　　　　　　　　　　　　　　　　　Joel S. Sanders

6

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 18, 2015

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO TRANSFER UNDER 28 U.S.C. § 1404 AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

## DECLARATION OF SERVICE

I, Joel S. Sanders, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State.  On the date below, I served the within:

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO TRANSFER UNDER 28 U.S.C. § 1404 AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE [CURRENTLY SCHEDULED FOR OCTOBER 27]**

to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on September 17, 2015.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on September 17, 2015, at San Francisco, California.

    /s/ *Joel S. Sanders*
         Joel S. Sanders

1

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO TRANSFER UNDER 28 U.S.C. § 1404 AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE**