UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN NYPL, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE & CO., et al.,<br><br>                    Defendants. | Case No. 15-cv-09300-LGS<br>[rel. 13-cv-7789-LGS]<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CITIGROUP INC.**<br><br>ECF CASE |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendant Citigroup Inc. states as follows:

Citigroup Inc., a publicly held corporation, has no parent corporation and no publicly-held corporation owns 10 percent or more of its stock.

Dated: New York, New York
       December 31, 2015

Respectfully submitted,

COVINGTON & BURLING LLP

By:    s/Andrew A. Ruffino
          Andrew A. Ruffino

The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
(212) 841-1000
aruffino@cov.com

*Attorneys for Defendant Citigroup Inc.*