USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/07/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JOHN NYPL, et al.,

                Plaintiffs,

     -against-

JP MORGAN CHASE & CO., et al.,

               Defendants.
------------------------------------------------------------- X

15 Civ. 9300 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on January 7, 2016, a Conference was held in this matter; it is hereby

    **ORDERED** that, no later than January 14, 2016, Plaintiffs may file an Amended Complaint that properly names and identifies the Defendant entities but makes no substantive changes to the allegations or claims. It is further

    **ORDERED** that, by January 28, 2016, Defendants shall file any motion to consolidate; by February 18, 2016, Plaintiffs and Class Counsel from 13-cv-7789, *In Re Foreign Exchange Benchmark Rates Antitrust Litigation* shall file their respective responses, but shall confer to avoid duplication; and by March 3, 2016, Defendants shall file any reply. It is further

    **ORDERED** that the time to answer or otherwise respond to any complaint is adjourned and discovery is stayed pending further order of the Court.

Dated: January 7, 2016
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                          UNITED STATES DISTRICT JUDGE