UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x
                                                       :
JOHN NYPL, et al.,                                     :
                                                       :   Case No. 1:15-CV-09300 (LGS)
         Plaintiffs,                              :
                                                       :   ECF CASE
v.                                                     :
                                                       :   ORAL ARGUMENT REQUESTED
JPMORGAN CHASE & CO., *et al.*,                        :
                                                       :
        Defendants.                               x
-------------------------------------------------------

### NOTICE OF MOTION OF ALL DEFENDANTS
### FOR AN ORDER STAYING THIS CASE
### OR, ALTERNATIVELY, CONSOLIDATING IT WITH *IN RE FX*

    PLEASE TAKE NOTICE that upon the filing of the accompanying memorandum of law, Defendants, JP MORGAN CHASE & CO; J.P. MORGAN CHASE BANK, N.A.; BANK OF AMERICA CORPORATION; BANK OF AMERICA N.A.; HSBC FINANCE CORPORATION; HSBC BANK USA, N.A.; HSBC NORTH AMERICAN HOLDINGS, INC.; HSBC HOLDINGS, PLC; CITICORP, CITIGROUP, INC.; CITIBANK, N.A.; UBS AG; BARCLAYS PLC; BARCLAYS CAPITAL, INC.; ROYAL BANK OF SCOTLAND GROUP PLC; ROYAL BANK OF SCOTLAND, PLC., will move, by undersigned counsel, before the Honorable Lorna G. Schofield, United States District Judge, at the Thurgood Marshall United States Courthouse, Courtroom 1106, 40 Foley Square, New York, NY 10007, on such date and time to be set by the Court, for an order (1) staying this case pending disposition of *In re Foreign Exchange Benchmark Rates Antitrust Litigation* ("*In re FX*"), No. 13 Civ. 7789, under the Preliminary Approval Order in *In re FX*, or, alternatively, (2) consolidating this case with *In re FX* under Rule 42 of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that Defendants request oral argument in connection with this motion.

| | |
|---|---|
| Dated:   New York, New York<br>               January 28, 2016 | Respectfully submitted, |

| | |
|---|---|
| SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP | GIBSON, DUNN & CRUTCHER LLP |
| By: /s/ Peter E. Greene | By: /s/ Joel S. Sanders |
| Peter E. Greene<br>Boris Bershteyn<br>Peter S. Julian<br>Four Times Square<br>New York, NY 10036<br>Telephone:  (212) 735-3000<br>Facsimile:  (212) 735-2000<br>peter.greene@skadden.com<br>boris.bershteyn@skadden.com<br>peter.julian@skadden.com | Joel S. Sanders<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-2933<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br>jsanders@gibsondunn.com |
| ***Attorneys for Defendants***<br>***JPMorgan Chase & Co. and***<br>***JPMorgan Chase Bank, N.A.*** | D. Jarrett Arp<br>Melanie L. Katsur<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C.  20036<br>Telephone: (202) 955-8500<br>Facsimile:  (202) 530-9527<br>jarp@gibsondunn.com<br>mkatsur@gibsondunn.com |
| SULLIVAN & CROMWELL LLP | |
| By: /s/ Yvonne S. Quinn | Indraneel Sur<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br>Facsimile:  (212) 716-0875<br>isur@gibsondunn.com |
| Yvonne S. Quinn<br>Matthew A. Schwartz<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4197<br>Facsimile: (212) 291-9481<br>quinny@sullcrom.com<br>schwartzmatthew@sullcrom.com | ***Attorneys for Defendant UBS AG*** |
| ***Attorneys for Defendant***<br>***Barclays Bank PLC*** | |

| | |
|---|---|
| DAVIS POLK & WARDWELL LLP | SHEARMAN & STERLING LLP |
| By: /s/ Joel M. Cohen | By: /s/ Adam S. Hakki |
| Joel M. Cohen<br>Jennifer Kan<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 450-4800<br>joel.cohen@davispolk.com<br>jennifer.kan@davispolk.com | Adam S. Hakki<br>Richard F. Schwed<br>Jeffrey J. Resetarits<br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 848-4000<br>Facsimile: (646) 848-7179<br>ahakki@shearman.com<br>rschwed@shearman.com<br>jeffrey.resetarits@shearman.com |
| *Attorneys for Defendant*<br>*The Royal Bank of Scotland plc* | *Attorneys for Defendants*<br>*Bank of America Corporation and*<br>*Bank of America, N.A.* |
| COVINGTON & BURLING LLP | LOCKE LORD LLP |
| By: /s/ Andrew A. Ruffino | By: /s/ Edwin R. DeYoung |
| Andrew A. Ruffino<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: (212) 841-1000<br>aruffino@cov.com | Edwin R. DeYoung<br>Gregory T. Casamento<br>3 World Financial Center<br>New York, NY 10281<br>Telephone: (212) 812-8325<br>edeyoung@lockelord.com<br>gcasamento@lockelord.com |
| Alan M. Wiseman<br>Thomas A. Isaacson<br>Andrew D. Lazerow<br>One CityCenter<br>850 Tenth Street NW<br>Washington, D.C. 200001<br>Telephone: (202) 662-6000 | J. Matthew Goodin<br>111 S. Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  (312) 443-0472<br>jmgoodin@lockelord.com |
| *Attorneys for Defendant*<br>*Citigroup Inc.* | *Attorneys for Defendants*<br>*HSBC Finance Corporation, HSBC Bank*<br>*USA, N.A., HSBC North America Holdings,*<br>*Inc., and HSBC Holdings plc* |