# ALIOTO LAW FIRM

ONE SANSOME STREET
35TH FLOOR
SAN FRANCISCO, CALIFORNIA  94104

TELEPHONE (415) 434-8900
FACSIMILE (415) 434-9200

December 8, 2017

<u>*Via ECF*</u>

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1000

      Re:   *In re Foreign Exchange Benchmark Rates Antitrust Litigation,* Case No. 13 Civ. 7789 (LGS) *and Nypl, et al. v. JP Morgan Chase & Co, et al.,* 15 Civ. 9300 (LGS)

Dear Judge Schofield:

      The Department of Justice, by Benjamin Sirota, Esq., of the Antitrust Division, was good enough to give the *Nypl* Plaintiffs advance notice of the letter it intends to send to the Court requesting a three-month extension of the stay of the depositions, particularly noting the *Nypl* effort to take the depositions of the signatories of the Plea Agreements and the Deferred Prosecution Agreement of the Defendants in the *Nypl* case.

      The *Nypl* Plaintiffs respectfully object to the request by the Department of Justice, and request leave of Court to file their objection by Monday, December 11, 2017.

      Respectfully submitted:

      By: */s/ Joseph M. Alioto*
      Joseph M. Alioto

JMA/nas

cc:  Counsel of Record via ECF