January 18, 2018

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York  10007

        Re:    <u>*Nypl* v. *JPMorgan Chase & Co.*,
                  No. 15 Civ. 9300 (LGS) (S.D.N.Y.)</u>

Dear Judge Schofield:

      On behalf of all parties in the above-referenced action, we write pursuant to the Court's September 27, 2017 Civil Case Management Plan and Scheduling Order (ECF No. 231) to advise the Court whether the parties request a referral for settlement discussions to a Magistrate Judge, the District's Mediation Program, or a private mediator.  The parties have conferred and do not believe that settlement discussions would be productive at this time.  Accordingly, referral for settlement is not necessary at this time.

                                      Respectfully submitted,

| ALIOTO LAW FIRM | SULLIVAN & CROMWELL LLP |
|---|---|
| By:  /s/ Joseph M. Alioto | By:  /s/ Matthew A. Schwartz |
| Joseph M. Alioto<br>Theresa D. Moore<br>Jamie Miller | Matthew A. Schwartz |
| *Attorneys for Plaintiffs and All Others Similarly Situated* | *Attorneys for Defendants Barclays PLC and Barclays Capital Inc.* |

The Honorable Lorna G. Schofield                                                                                   -2-
January 18, 2018

| | |
|---|---|
| LAW OFFICES OF LINGEL H. WINTERS, A Professional Corporation | DAVIS POLK & WARDWELL LLP |
| By: /s/ Lingel H. Winters | By: /s/ Joel M. Cohen |
| Lingel H. Winters | Joel M. Cohen<br>Melissa C. King |
| *Attorneys for Plaintiffs and All Others Similarly Situated* | *Attorneys for Defendants The Royal Bank of Scotland Group plc and The Royal Bank of Scotland plc* |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SHEARMAN & STERLING LLP |
| By: /s/ Boris Bershteyn<br>Peter E. Greene<br>Boris Bershteyn<br>Tansy Woan<br>Harry P. Koulos | By: /s/ Adam S. Hakki<br>Adam S. Hakki<br>Richard F. Schwed<br>Jeffrey J. Resetarits |
| *Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* | *Attorneys for Defendants Bank of America Corporation and Bank of America, N.A.* |
| LOCKE LORD LLP | COVINGTON & BURLING LLP |
| By: /s/ Roger B. Cowie | By: /s/ Andrew A. Ruffino |
| Roger B. Cowie<br>Gregory T. Casamento<br>J. Matthew Goodin<br>Julia C. Webb | Andrew A. Ruffino<br>Alan M. Wiseman<br>Thomas A. Isaacson<br>Andrew D. Lazerow<br>Jamie A. Heine |
| *Attorneys for Defendants HSBC Bank USA, N.A., HSBC North America Holdings, Inc., and HSBC Holdings plc* | *Attorneys for Defendants Citicorp, Citigroup Inc. and Citibank N.A.* |

The Honorable Lorna G. Schofield -3-
January 18, 2018

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Eric J. Stock

    Eric J. Stock
    D. Jarrett Arp
    Melanie L. Katsur
    Indraneel Sur

*Attorneys for Defendant UBS AG*