Law Offices
of
# Lingel H. Winters
A PROFESSIONAL CORPORATION
388 Market St. Suite 900
San Francisco, California 94111
(415) 398-2941

February 27, 2018

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    **Re:**    *John Nypl et al. v. JP Morgan Chase & Co et al.,* **15 Civ. 9300 (LGS) (S.D.N.Y.)**
                **Request for extra page**

Dear Judge Schofield,

    Plaintiffs request increasing the letter page limit by one page to six pages.

    Respectfully submitted,

**ALIOTO LAW FIRM**

By: */s/ Joseph M. Alioto*

**LAW OFFICES OF LINGEL H. WINTERS P. C.**

By: */s/ Lingel H. Winters*
*Attorneys for Plaintiffs and the Nypl putative class*

cc: All counsel by ECF