Law Offices
of
# Lingel H. Winters
A PROFESSIONAL CORPORATION
388 Market St. Suite 900
San Francisco, California 94111
(415) 398-2941

March 19, 2018

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  *Nypl v JPMorgan Chase & Co.*; No. 15 Civ. 9300 (LGS) (S.D.N.Y.)
         Plaintiffs' Request for an Extension of Time

Dear Judge Schofield,

    Plaintiffs request an extension of time to April 6, 2018 to respond in Opposition to Foreign Defendants letter to the Court filed March 14, 2018 regarding *Charles Schwab Corp. v Bank of America Corp.,* 2018 WL 1022541 (2d Cir. Feb. 23, 2018), ECF No. 295.

         Respectfully submitted,

         **LAW OFFICES OF LINGEL H. WINTERS P. C.**

         By: */s/ Lingel H. Winters*

         **ALIOTO LAW FIRM**

         By: */s/ Joseph M. Alioto*
         *Attorneys for Plaintiffs*

cc: All counsel by ECF