July 31, 2018

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
U.S. District Court, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

   Re: <u>Nypl v. JPMorgan Chase & Co.</u>, No. 15 Civ. 9300 (LGS) (S.D.N.Y.)

Dear Judge Schofield:

  Defendants submit this letter to bring to the Court's attention an issue with Plaintiffs' corrected letter motion for reconsideration, which was filed on July 26, 2018. (ECF No. 333.)

  On July 23, 2018, Plaintiffs sent the Court a letter requesting permission to file a corrected letter motion for reconsideration to address "incorrect references to 'PFAC'", a spacing gap, and a redundant conclusion in Plaintiffs' July 20, 2018 letter motion. (ECF No. 331.) The Court granted Plaintiffs' request on July 24, 2018 and ordered Plaintiffs to file their corrected letter motion on July 26, 2018. (ECF No. 332.)

  On July 26, 2018, Plaintiffs filed a corrected letter motion, but rather than simply correcting the errors previously identified, Plaintiffs included new arguments, new case citations and parentheticals, and citations to new documents without notifying the Court. (ECF No. 332.) A redline comparing Plaintiffs' July 20, 2018 and July 26, 2018 letter motion is attached. (Exhibit A.) Pursuant to Section III.A.3 of Your Honor's Individual Rules and Procedures for Civil Cases, Defendants will not respond to Plaintiffs' letter motion for reconsideration (either as originally filed or as modified) unless directed to do so by the Court.

           * * *

The Honorable Lorna G. Schofield
Page 2

                                      Respectfully submitted,

| SULLIVAN & CROMWELL LLP | SHEARMAN & STERLING LLP |
|---|---|
| By: /s/ Matthew A. Schwartz<br>　　Matthew A. Schwartz<br>　　Matthew A. Peller<br>　　Maeghan O. Mikorski | By: /s/ Richard F. Schwed<br>　　Adam S. Hakki<br>　　Richard F. Schwed<br>　　Jeffrey J. Resetarits |
| *Attorneys for Defendants*<br>*Barclays PLC and Barclays Capital Inc.* | *Attorneys for Defendants Bank of America Corporation and Bank of America, N.A.* |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | COVINGTON & BURLING LLP |
| By: /s/ Boris Bershteyn<br>　　Peter E. Greene<br>　　Boris Bershteyn<br>　　Tansy Woan<br>　　Harry P. Koulos | By: /s/ Andrew D. Lazerow<br>　　Andrew A. Ruffino<br>　　Alan M. Wiseman<br>　　Thomas A. Isaacson<br>　　Andrew D. Lazerow<br>　　Jamie A. Heine |
| *Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* | *Attorneys for Defendants Citicorp, Citigroup Inc. and Citibank N.A.* |
| LOCKE LORD LLP | DAVIS POLK & WARDWELL LLP |
| By: /s/ Roger B. Cowie<br>　　Roger B. Cowie<br>　　Gregory T. Casamento<br>　　J. Matthew Goodin<br>　　Julia C. Webb | By: /s/ Paul S. Mishkin<br>　　Paul S. Mishkin<br>　　Maude Paquin |
| *Attorneys for Defendants HSBC Bank USA, N.A. and HSBC North America Holdings, Inc.* | *Attorneys for Defendant The Royal Bank of Scotland plc* |
| GIBSON, DUNN & CRUTCHER LLP | |
| By: /s/ Eric J. Stock<br>　　Eric J. Stock<br>　　Indraneel Sur<br>　　D. Jarrett Arp<br>　　Melanie L. Katsur | |
| *Attorneys for Defendant UBS AG* | |