# ALIOTO LAW FIRM

———————

ONE SANSOME STREET
35TH FLOOR
SAN FRANCISCO, CALIFORNIA  94104

———————

TELEPHONE (415) 434-8900
FACSIMILE (415) 434-9200

August 26, 2018

*Via ECF*

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:   *John Nypl et al. v. JP Morgan Chase & Co et al., 15 Civ. 9300 (LGS)*

Dear Judge Schofield:

As the Court may be aware, a verdict was rendered in the Government's case today, Friday, October 26, 2018.

Consequently, Pursuant to Rule III.A.1 of Your Honor's Individual Rules of Practice for Civil Cases, the *Nypl* Plaintiffs respectfully file this letter motion seeking a pre-motion conference to lift and vacate the stay of this Court's Order of September 25, 2018, ECF NO. 355, which prohibited the *Nypl* plaintiffs from taking the depositions of the signatories to the Plea Agreements and Deferred Prosecution Agreement (and/or other witnesses competent to testify to the substance of the Pleas at trial).

In addition, and in light of the conclusion of the Government's criminal case, the *Nypl* plaintiffs respectfully file this letter motion seeking a pre-motion conference to take the depositions of the participants in the "Cartel" chatroom; namely, Messers Matthew Gardiner, Christopher Ashton, Richard Usher, and Rohan Ramchandani.

//

ALIOTO LAW FIRM
Page 2

Finally, the *Nypl* plaintiffs respectfully file this letter motion seeking a pre-motion conference requiring the Government to (1) identify the witnesses identified by the defendant banks as the appropriate persons to competently testify to the substance of the Plea Agreements and Deferred Prosecution Agreement; and (2) produce all the documents in its possession pertaining to the negotiations of the Bank Pleas.


Respectfully submitted:


**ALIOTO LAW FIRM**

*By:*     */s/ Joseph M. Alioto*
          Joseph M. Alioto


**LAW OFFICES OF LINGEL H. WINTERS P. C.**

*By:*     */s/ Lingel H. Winters*
          Lingel H. Winters


*Attorneys for Plaintiffs and the Nypl Putative class*


cc:    Counsel of Record via ECF
       Benjamin Sirota, Department of Justice

JMA/nas