UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN NYPL, et al.,
                                    Plaintiffs,

                      -against-

JP MORGAN CHASE & CO., et al.,
                                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2018

15 Civ. 9300 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Wells Fargo filed a letter objecting to the Court's Order compelling Mr. Fowles' deposition and production of documents. For substantially the reasons stated in the letter, it is hereby

**ORDERED** that the Court's Order compelling Mr. Fowles' deposition and production of documents (Dkt. No. 382) is rescinded. Federal Rule of Civil Procedure 45(d)(2)(B) provides that the serving party may move "the court for the district where compliance is required" for an order compelling production. In this case, the appropriate district to bring a motion to compel is the Northern District of California. Although Rule 45(d)(2)(B) does not expressly address testimonial discovery, courts in this Circuit have held that the same rule applies to orders compelling attendance at a deposition. *E.g.*, *Madigan v. Bronstein*, 18 Misc. 61, 2018 WL 1768283, at *3 (S.D.N.Y. Apr. 12, 2018).

Dated: November 26, 2018
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE