UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                 :

JOHN NYPL, et al.,                         :

                     Plaintiffs,   :

                                       :

              -against-            :

                                       :

JP MORGAN CHASE & CO., et al.,     :

                   Defendants. :

                                       :

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_11/28/2018___

15 Civ. 9300 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, in support of their motion to compel the deposition of Simon Fowles, Plaintiffs filed the Declaration of Joseph M. Alioto (Dkt. No. 379);

     WHEREAS, by letter to the Chambers inbox, Plaintiffs seek permission to file under seal an exhibit to the Alioto Declaration;

     WHEREAS, the Court has denied Plaintiffs' motion to compel on jurisdictional grounds (Dkt. Nos. 384 & 386).  Regardless of the contents of the exhibit, Federal Rule of Civil Procedure 45 provides that disputes regarding Mr. Fowles' deposition are to be resolved in U.S. District Court for the Northern District of California.  It is hereby

     **ORDERED** that Plaintiffs' request to file under seal an exhibit to the Alioto Declaration is **DENIED** as moot.

Dated: November 28, 2018
       New York, New York

                     **LORNA G. SCHOFIELD**
                    **UNITED STATES DISTRICT JUDGE**