# EXHIBIT S

Joseph M. Alioto (SBN 42680)
Theresa D. Moore (SBN 99978)
Jamie Miller (SBN 271452)
ALIOTO LAW FIRM
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: jmiller@aliotolaw.com
Email: tmoore@aliotolaw.com

Lingel H. Winters, Esq. (State Bar No. 37759)
LAW OFFICES OF LINGEL H. WINTERS
A Professional Corporation
275 Battery Street, Suite 2600
San Francisco, California 94111
Tel: (415) 398-2941
Fax: (415) 393-9887
Email: sawmill2@aol.com

Attorneys for Plaintiffs
And All Others Similarly Situated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN NYPL, et al.<br>　　　　　Plaintiffs,<br>v.<br>JP MORGAN CHASE & CO., et al.<br>　　　　　Defendants. | Case No.: 15 Civ. 9300 (LGS)<br>**DECLARATION OF CARL S. SABA** |

I, Carl S. Saba, declare as follows:

1. I am a partner in the Forensic and Financial Consulting Services Group at Hemming Morse, LLP, certified public accountants, and have been engaged by Plaintiffs' counsel as a consultant in connection with the above-captioned case. I make this Declaration in support of Plaintiffs' Third and Fourth Amended Complaints. Except as otherwise stated, this Declaration is based on my personal knowledge and, if called upon to do so, I could and would testify competently to the facts stated herein.

**Assignment and Analysis**

1. I have been engaged by the Alioto Law Firm and Law Offices of Lingel H. Winters ("Counsel") to review data pertaining to spot market fix rates, and analyze whether such fix rates has any relationship to the rates charged to retail consumers and businesses ("End-users") to exchange the EUR / USD currency pair directly with the Defendants.

2. Counsel has requested that I analyze the quoted exchange rates for the EUR / USD currency pair offered by Visa and Mastercard to End-users, and their relationship to the spot market fix rates.

3. I compared the exchange rates as quoted online by Visa and Mastercard to End-users, to the European Central Bank spot market fix rate[1] ("ECB Fix Rate") on the same days. The data for Visa and Mastercard was obtained from their online currency converter tool, and in obtaining the rates, I entered a 0% bank fee in order to assess the base exchange rate that they quote before any transaction charges[2]. The chart appended to this declaration summarizes the Visa and Mastercard EUR / USD exchange rates as compared to the ECB Fix Rate. It contains daily quotes from August 1, 2017 through February 21, 2018.

---

[1] As published by the European Central Bank.
https://www.ecb.europa.eu/stats/policy_and_exchange_rates/euro_reference_exchange_rates/html/index.en.html

[2] https://usa.visa.com/support/consumer/travel-support/exchange-rate-calculator.html
https://www.mastercard.us/en-us/consumers/get-support/convert-currency.html

- 1 -
CARL S. SABA DECLARATION

4. The chart indicates that over the period analyzed, the difference between the Visa quoted rate and the ECB Fix Rate is less than 1% on the majority of days. Out of 144 days, I noted that only on 12 days the difference exceeded 1%, and the majority of those days the difference was between 1-2%. In comparing the Mastercard quoted rate to the ECB Fix Rate, for all 144 days the difference was less than 1%.

5. Although a direct comparison of the Visa and Mastercard quoted rates to the ECB Fix Rate demonstrates a strong correlation, I further tested the relationship between the data points through a linear regression. The linear regression equation applied a formula by which the ECB Fix Rate is used as an explanatory variable ("X") to predict the Visa or Mastercard End-user rate as dependent variable ("Y"). I applied this regression to the above data of transactions occurring between August 1, 2017 and February 21, 2018.

6. The regression I performed indicated a strong fit in how accurately it predicts the Visa or Mastercard end user rate in relation to the ECB Benchmark Fix Rate. That accuracy is 99.00% or better for all of the 144 days for Visa except for one day. On that one day, the accuracy of the regression equation is 98.98%. The accuracy of the regression equation is 99.00% or better for all of the 144 days for Mastercard. The regression analysis demonstrates a direct relationship between the ECB rates and Visa or Mastercard end user bank rates. One can generally predict 99.00% or more of the end user rate quoted by the credit cards (before any transaction fees) in the investigation based on entering the ECB rate into the regression formulas. The regression formulas are $Y = 0.9768X + 0.0322$ for Visa and $Y = 1.0175X - 0.0172$ for Mastercard. X represents the ECB rate and Y represents the predicted credit card end user rate.

7. I reviewed the output of the regression analysis and noted that the R squared was 95.12% for Visa and 99.56% for Mastercard. In a regression analysis, R squared varies between 0% and 100%, and represents a measure of how well the data fits the regression formula. The R squared of over 95% for both credit cards indicated a strong fit between the data and the regression line.

8. Additional evidence of a strong fit of the data to the regression line is contained in the F Probability, which is far less than one percent for both Visa and Mastercard. The F Probability tests the null hypothesis that all the regression equation coefficients are zero, meaning that there is

CARL S. SABA DECLARATION

no relationship between the ECB Fix Rate (X) and the credit card End-user rate (Y). The F Probability indicates the likelihood that the null hypothesis is true, and generally a probability below 5% is considered strong evidence that the null hypothesis should be rejected, and that the regression equation has some validity and predictive power. In the regression equations the extremely small F Probabilities well below 1% for both Visa and Mastercard, indicate evidence of predictive power.

9. My analysis leads me to conclude that over the 144 days analyzed, there appears to be a strong correlation between the ECB Fix Rate for the EUR / USD currency pair, and the base exchange rates quoted by Visa and Mastercard to End-users (before addition of transaction fees). For the large majority of days, the variance between the End-user rates and the ECB Fix Rate is less than 1%.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of February 2018, at Los Altos, California.

*[signature]*

_____
CARL S. SABA

# Daily Comparison of Exchange rates EURO/USD (Aug 1, 2017 - Feb 21, 2018)

| Date | ECB Spot Fix Rate | Visa | Mastercard | % Difference Visa to ECB Fix Spot Rate | % Difference Mastercard to ECB Fix Spot Rate | Regression Predicted Visa Rate | Regression Predicted Mastercard Rate | % Difference Visa Regression to Visa Actual Rate | % Difference Mastercard Regression to Mastercard Actual Rate |
|---|---|---|---|---|---|---|---|---|---|
| 2/21/2018 | $ 1.2312 | 1.2413 | $ 1.2344 | 0.82% | 0.26% | $ 1.2348 | $ 1.2356 | -0.52% | 0.09% |
| 2/20/2018 | 1.234 | 1.243576 | 1.24097 | 0.78% | 0.56% | 1.2376 | 1.2384 | -0.48% | -0.21% |
| 2/19/2018 | 1.241 | 1.255574 | 1.243369 | 1.17% | 0.19% | 1.2444 | 1.2455 | -0.89% | 0.177% |
| 2/16/2018 | 1.2464 | 1.251175 | 1.255187 | 0.38% | 0.70% | 1.2497 | 1.2510 | -0.12% | -0.33% |
| 2/15/2018 | 1.2493 | 1.246575 | 1.250939 | -0.22% | 0.13% | 1.2525 | 1.2540 | 0.48% | 0.24% |
| 2/14/2018 | 1.2348 | 1.237176 | 1.241292 | 0.19% | 0.53% | 1.2384 | 1.2392 | 0.10% | -0.17% |
| 2/13/2018 | 1.2333 | NA | 1.237057 | NA | 0.30% | 1.2369 | 1.2377 | NA | 0.05% |
| 2/12/2018 | 1.2263 | 1.228777 | 1.22948 | 0.20% | 0.26% | 1.2301 | 1.2306 | 0.10% | 0.09% |
| 2/9/2018 | 1.2273 | 1.229577 | 1.228668 | 0.19% | 0.11% | 1.2310 | 1.2316 | 0.12% | 0.24% |
| 2/8/2018 | 1.2252 | 1.240676 | 1.229377 | 1.26% | 0.34% | 1.2290 | 1.2294 | -0.94% | 0.01% |
| 2/7/2018 | 1.2338 | 1.243576 | 1.240182 | 0.79% | 0.52% | 1.2374 | 1.2382 | -0.50% | -0.16% |
| 2/6/2018 | 1.2329 | NA | 1.243005 | NA | 0.82% | 1.2365 | 1.2373 | NA | -0.46% |
| 2/5/2018 | 1.244 | 1.251875 | 1.247274 | 0.63% | 0.26% | 1.2473 | 1.2486 | -0.36% | 0.10% |
| 2/2/2018 | 1.2492 | 1.252375 | 1.251586 | 0.25% | 0.19% | 1.2524 | 1.2539 | 0.00% | 0.18% |
| 2/1/2018 | 1.2459 | 1.247575 | 1.248545 | 0.13% | 0.21% | 1.2492 | 1.2505 | 0.13% | 0.16% |
| 1/31/2018 | 1.2457 | 1.245475 | 1.247148 | -0.02% | 0.12% | 1.2490 | 1.2503 | 0.28% | 0.25% |
| 1/30/2018 | 1.2421 | 1.246875 | 1.245241 | 0.38% | 0.25% | 1.2455 | 1.2466 | -0.11% | 0.11% |
| 1/29/2018 | 1.2379 | 1.249475 | 1.243199 | 0.94% | 0.43% | 1.2414 | 1.2424 | -0.65% | -0.07% |
| 1/26/2018 | 1.2436 | 1.253875 | 1.249178 | 0.83% | 0.45% | 1.2470 | 1.2482 | -0.55% | -0.08% |
| 1/25/2018 | 1.2407 | 1.241576 | 1.252996 | 0.07% | 0.99% | 1.2441 | 1.2452 | 0.21% | -0.62% |
| 1/24/2018 | 1.2352 | 1.230677 | 1.239822 | -0.37% | 0.37% | 1.2388 | 1.2396 | 0.66% | -0.02% |
| 1/23/2018 | 1.2249 | 1.227477 | 1.230189 | 0.21% | 0.43% | 1.2287 | 1.2291 | 0.10% | -0.09% |
| 1/22/2018 | 1.2239 | 1.229677 | 1.226999 | 0.47% | 0.25% | 1.2277 | 1.2281 | -0.16% | 0.09% |
| 1/19/2018 | 1.2255 | 1.226577 | 1.229158 | 0.09% | 0.30% | 1.2293 | 1.2298 | 0.22% | 0.05% |
| 1/18/2018 | 1.2235 | 1.232377 | 1.226202 | 0.73% | 0.22% | 1.2273 | 1.2277 | -0.41% | 0.12% |
| 1/17/2018 | 1.2203 | 1.228377 | 1.231888 | 0.66% | 0.95% | 1.2242 | 1.2245 | -0.34% | -0.60% |
| 1/16/2018 | 1.223 | 1.229777 | 1.231888 | 0.55% | 0.73% | 1.2268 | 1.2272 | -0.24% | -0.38% |
| 1/15/2018 | 1.2277 | 1.221778 | 1.229384 | -0.48% | 0.14% | 1.2314 | 1.2320 | 0.79% | 0.21% |
| 1/12/2018 | 1.2137 | 1.205979 | 1.215286 | -0.64% | 0.13% | 1.2178 | 1.2177 | 0.98% | 0.20% |
| 1/11/2018 | 1.2017 | 1.20188 | 1.205318 | 0.01% | 0.30% | 1.2060 | 1.2055 | 0.35% | 0.02% |
| 1/10/2018 | 1.1992 | 1.19768 | 1.201514 | -0.13% | 0.19% | 1.2036 | 1.2030 | 0.49% | 0.12% |
| 1/9/2018 | 1.1932 | 1.205279 | 1.197326 | 1.01% | 0.35% | 1.1977 | 1.1969 | -0.63% | -0.04% |
| 1/8/2018 | 1.1973 | 1.208379 | 1.205154 | 0.93% | 0.66% | 1.2017 | 1.2011 | -0.55% | -0.34% |
| 1/5/2018 | 1.2045 | 1.208979 | 1.2083 | 0.37% | 0.32% | 1.2088 | 1.2084 | -0.02% | 0.01% |
| 1/4/2018 | 1.2065 | 1.208879 | 1.208858 | 0.03% | 0.20% | 1.2107 | 1.2104 | 0.32% | 0.13% |
| 1/3/2018 | 1.2023 | 1.208479 | 1.206575 | 0.51% | 0.36% | 1.2066 | 1.2061 | -0.15% | -0.04% |
| 1/2/2018 | 1.2065 | 1.20298 | 1.20804 | -0.29% | 0.13% | 1.2107 | 1.2104 | 0.64% | 0.20% |
| 12/29/2017 | 1.1993 | 1.19598 | 1.202191 | -0.28% | 0.24% | 1.2037 | 1.2031 | 0.64% | 0.07% |
| 12/28/2017 | 1.1934 | 1.191081 | 1.195334 | -0.19% | 0.16% | 1.1979 | 1.1971 | 0.57% | 0.15% |
| 12/27/2017 | 1.1895 | 1.188281 | 1.190918 | -0.10% | 0.12% | 1.1941 | 1.1931 | 0.49% | 0.18% |
| 12/22/2017 | 1.1853 | 1.189081 | 1.18731 | 0.32% | 0.17% | 1.1900 | 1.1888 | 0.08% | 0.13% |
| 12/21/2017 | 1.1859 | 1.190281 | 1.188704 | 0.37% | 0.24% | 1.1906 | 1.1895 | 0.03% | 0.06% |

## Daily Comparison of Exchange rates EURO/USD (Aug 1, 2017 - Feb 21, 2018)

| Date | ECB Spot Fix Rate | Visa | Mastercard | % Difference Visa to ECB Fix Spot Rate | % Difference Mastercard to ECB Fix Spot Rate | Regression Predicted Visa Rate | Regression Predicted Mastercard Rate | % Difference Visa Regression to Visa Actual Rate | % Difference Mastercard Regression to Mastercard Actual Rate |
|---|---|---|---|---|---|---|---|---|---|
| 12/20/2017 | 1.1845 | 1.184982 | 1.189919 | 0.04% | 0.46% | 1.1892 | 1.1880 | 0.36% | -0.16% |
| 12/19/2017 | 1.1823 | 1.183482 | 1.182979 | 0.10% | 0.06% | 1.1871 | 1.1858 | 0.30% | 0.24% |
| 12/18/2017 | 1.1795 | 1.181282 | 1.183209 | 0.15% | 0.31% | 1.1843 | 1.1829 | 0.26% | -0.02% |
| 12/15/2017 | 1.1806 | 1.186381 | 1.181047 | 0.49% | 0.04% | 1.1854 | 1.1841 | -0.08% | 0.26% |
| 12/14/2017 | 1.1845 | 1.183282 | 1.185744 | -0.10% | 0.11% | 1.1892 | 1.1880 | 0.50% | 0.19% |
| 12/13/2017 | 1.1736 | 1.179382 | 1.177079 | 0.49% | 0.30% | 1.1786 | 1.1769 | -0.07% | -0.01% |
| 12/12/2017 | 1.1766 | 1.181282 | 1.179052 | 0.40% | 0.21% | 1.1815 | 1.1800 | 0.02% | 0.08% |
| 12/11/2017 | 1.1796 | 1.177882 | 1.181034 | -0.15% | 0.12% | 1.1844 | 1.1830 | 0.56% | 0.17% |
| 12/8/2017 | 1.1742 | 1.181482 | 1.177492 | 0.62% | 0.28% | 1.1792 | 1.1776 | -0.20% | 0.01% |
| 12/7/2017 | 1.1786 | 1.243576 | 1.180783 | 5.51% | 0.19% | 1.1835 | 1.1820 | -4.83% | 0.11% |
| 12/6/2017 | 1.1817 | 1.187781 | 1.184532 | 0.51% | 0.24% | 1.1865 | 1.1852 | -0.11% | 0.06% |
| 12/5/2017 | 1.1847 | 1.189081 | 1.187631 | 0.37% | 0.25% | 1.1894 | 1.1882 | 0.03% | 0.05% |
| 12/4/2017 | 1.1865 | 1.194081 | 1.187679 | 0.64% | 0.10% | 1.1912 | 1.1901 | -0.24% | 0.20% |
| 12/1/2017 | 1.1885 | 1.193281 | 1.193867 | 0.40% | 0.45% | 1.1931 | 1.1921 | -0.01% | -0.15% |
| 11/30/2017 | 1.1849 | 1.188381 | 1.192736 | 0.29% | 0.66% | 1.1896 | 1.1884 | 0.10% | -0.36% |
| 11/29/2017 | 1.1827 | 1.192081 | 1.188039 | 0.79% | 0.45% | 1.1875 | 1.1862 | -0.39% | -0.15% |
| 11/28/2017 | 1.1888 | NA | 1.191818 | NA | 0.25% | 1.1934 | 1.1924 | NA | 0.05% |
| 11/27/2017 | 1.1952 | 1.194481 | 1.195837 | -0.06% | 0.05% | 1.1997 | 1.1989 | 0.44% | 0.26% |
| 11/24/2017 | 1.1877 | 1.185681 | 1.1944 | -0.17% | 0.56% | 1.1924 | 1.1913 | 0.56% | -0.26% |
| 11/23/2017 | 1.1848 | 1.182782 | 1.185438 | -0.17% | 0.05% | 1.1895 | 1.1883 | 0.57% | 0.24% |
| 11/22/2017 | 1.1749 | 1.175882 | 1.179508 | 0.08% | 0.39% | 1.1799 | 1.1783 | 0.34% | -0.11% |
| 11/21/2017 | 1.1718 | 1.180982 | 1.175646 | 0.78% | 0.33% | 1.1768 | 1.1751 | -0.35% | -0.05% |
| 11/20/2017 | 1.1781 | 1.182282 | 1.180587 | 0.35% | 0.21% | 1.1830 | 1.1815 | 0.06% | 0.08% |
| 11/17/2017 | 1.1795 | 1.180182 | 1.181879 | 0.06% | 0.20% | 1.1843 | 1.1829 | 0.35% | 0.09% |
| 11/16/2017 | 1.1771 | 1.186081 | 1.179967 | 0.76% | 0.24% | 1.1820 | 1.1805 | -0.34% | 0.05% |
| 11/15/2017 | 1.184 | 1.180582 | 1.185962 | -0.29% | 0.17% | 1.1887 | 1.1875 | 0.69% | 0.13% |
| 11/14/2017 | 1.1745 | 1.167583 | 1.176895 | -0.59% | 0.20% | 1.1795 | 1.1779 | 1.02% | 0.08% |
| 11/13/2017 | 1.1656 | 1.167883 | 1.167333 | 0.20% | 0.15% | 1.1708 | 1.1688 | 0.25% | 0.13% |
| 11/10/2017 | 1.1654 | 1.165583 | 1.167607 | 0.02% | 0.19% | 1.1706 | 1.1686 | 0.43% | 0.08% |
| 11/9/2017 | 1.163 | 1.161184 | 1.165065 | -0.16% | 0.18% | 1.1682 | 1.1662 | 0.61% | 0.09% |
| 11/8/2017 | 1.159 | 1.161684 | 1.161022 | 0.23% | 0.17% | 1.1643 | 1.1621 | 0.23% | 0.09% |
| 11/7/2017 | 1.1562 | 1.162484 | 1.161386 | 0.54% | 0.45% | 1.1616 | 1.1592 | -0.08% | -0.19% |
| 11/6/2017 | 1.1591 | 1.169183 | 1.162292 | 0.88% | 0.28% | 1.1643 | 1.1621 | -0.42% | -0.02% |
| 11/3/2017 | 1.1557 | 1.168783 | 1.158827 | 0.26% | 0.27% | 1.1709 | 1.1689 | 0.18% | 0.01% |
| 11/2/2017 | 1.1645 | 1.165783 | 1.166848 | 0.11% | 0.34% | 1.1697 | 1.1677 | 0.34% | -0.07% |
| 11/1/2017 | 1.1612 | 1.166183 | 1.165475 | 0.43% | 0.37% | 1.1665 | 1.1643 | 0.02% | -0.10% |
| 10/31/2017 | 1.1638 | 1.165883 | 1.166047 | 0.18% | 0.19% | 1.1690 | 1.1670 | 0.27% | 0.08% |
| 10/30/2017 | 1.1612 | 1.165883 | 1.164035 | 0.40% | 0.24% | 1.1665 | 1.1643 | 0.05% | 0.02% |
| 10/27/2017 | 1.1605 | 1.183782 | 1.165618 | 2.01% | 0.44% | 1.1658 | 1.1636 | -1.52% | -0.17% |
| 10/26/2017 | 1.1753 | 1.181882 | 1.183234 | 0.56% | 0.68% | 1.1802 | 1.1787 | -0.14% | -0.39% |
| 10/25/2017 | 1.1785 | 1.179382 | 1.181636 | 0.07% | 0.27% | 1.1834 | 1.1819 | 0.34% | 0.02% |
| 10/24/2017 | 1.1761 | 1.177782 | 1.177699 | 0.14% | 0.14% | 1.1810 | 1.1795 | 0.28% | 0.15% |

# Daily Comparison of Exchange rates EURO/USD (Aug 1, 2017 - Feb 21, 2018)

| Date | ECB Spot Fix Rate | Visa | Mastercard | % Difference Visa to ECB Fix Spot Rate | % Difference Mastercard to ECB Fix Spot Rate | Regression Predicted Visa Rate | Regression Predicted Mastercard Rate | % Difference Visa Regression to Visa Actual Rate | % Difference Mastercard Regression to Mastercard Actual Rate |
|---|---|---|---|---|---|---|---|---|---|
| 10/23/2017 | 1.174 | 1.185881 | 1.17757 | 1.01% | 0.30% | 1.1790 | 1.1773 | -0.58% | -0.02% |
| 10/20/2017 | 1.1818 | 1.185881 | 1.185512 | 0.35% | 0.31% | 1.1866 | 1.1853 | 0.06% | -0.02% |
| 10/19/2017 | 1.1834 | 1.180582 | 1.185436 | -0.24% | 0.17% | 1.1882 | 1.1869 | 0.64% | 0.12% |
| 10/18/2017 | 1.1749 | 1.180182 | 1.177972 | 0.45% | 0.26% | 1.1799 | 1.1783 | -0.03% | 0.02% |
| 10/17/2017 | 1.1759 | 1.182582 | 1.179779 | 0.57% | 0.33% | 1.1808 | 1.1793 | -0.15% | -0.04% |
| 10/16/2017 | 1.1803 | 1.187581 | 1.181862 | 0.62% | 0.13% | 1.1851 | 1.1838 | -0.21% | 0.16% |
| 10/13/2017 | 1.181 | 1.188081 | 1.187229 | 0.60% | 0.53% | 1.1858 | 1.1845 | -0.19% | -0.23% |
| 10/12/2017 | 1.1856 | 1.187081 | 1.187824 | 0.12% | 0.19% | 1.1903 | 1.1892 | 0.27% | 0.11% |
| 10/11/2017 | 1.183 | 1.182682 | 1.185675 | -0.03% | 0.23% | 1.1878 | 1.1865 | 0.43% | 0.07% |
| 10/10/2017 | 1.1797 | 1.175682 | 1.1819 | -0.34% | 0.19% | 1.1845 | 1.1831 | 0.75% | 0.11% |
| 10/9/2017 | 1.1746 | NA | 1.174785 | NA | 0.02% | 1.1796 | 1.1780 | NA | 0.27% |
| 10/6/2017 | 1.1707 | 1.177982 | 1.173663 | 0.62% | 0.25% | 1.1758 | 1.1740 | -0.19% | 0.03% |
| 10/5/2017 | 1.1742 | 1.178882 | 1.177634 | 0.40% | 0.29% | 1.1792 | 1.1776 | 0.02% | -0.01% |
| 10/4/2017 | 1.1787 | 1.177382 | 1.178643 | -0.11% | 0.00% | 1.1836 | 1.1821 | 0.53% | 0.30% |
| 10/3/2017 | 1.1753 | 1.181782 | 1.177147 | 0.55% | 0.16% | 1.1802 | 1.1787 | -0.13% | 0.13% |
| 10/2/2017 | 1.1744 | 1.183382 | 1.181374 | 0.76% | 0.59% | 1.1794 | 1.1778 | -0.34% | -0.31% |
| 9/29/2017 | 1.1806 | 1.180482 | 1.183081 | -0.01% | 0.21% | 1.1854 | 1.1841 | 0.42% | 0.08% |
| 9/28/2017 | 1.1778 | 1.179582 | 1.180053 | 0.15% | 0.19% | 1.1827 | 1.1812 | 0.26% | 0.10% |
| 9/27/2017 | 1.1741 | 1.186281 | 1.179153 | 1.04% | 0.43% | 1.1791 | 1.1775 | -0.61% | -0.14% |
| 9/26/2017 | 1.1787 | 1.19618 | 1.1861 | 1.48% | 0.63% | 1.1836 | 1.1821 | -1.05% | -0.33% |
| 9/25/2017 | 1.1867 | 1.20048 | 1.193256 | 1.16% | 0.55% | 1.1914 | 1.1903 | -0.76% | -0.25% |
| 9/22/2017 | 1.1961 | 1.19548 | 1.200202 | -0.05% | 0.34% | 1.2006 | 1.1998 | 0.43% | -0.03% |
| 9/21/2017 | 1.1905 | 1.20338 | 1.19517 | 1.08% | 0.39% | 1.1951 | 1.1941 | -0.69% | -0.09% |
| 9/20/2017 | 1.2007 | 1.20078 | 1.201982 | 0.01% | 0.11% | 1.2051 | 1.2045 | 0.36% | 0.21% |
| 9/19/2017 | 1.1972 | 1.19708 | 1.200392 | -0.01% | 0.27% | 1.2016 | 1.2010 | 0.38% | 0.05% |
| 9/18/2017 | 1.1948 | 1.19878 | 1.196634 | 0.33% | 0.15% | 1.1993 | 1.1985 | 0.04% | 0.16% |
| 9/15/2017 | 1.1963 | 1.192281 | 1.198263 | -0.34% | 0.16% | 1.2008 | 1.2000 | 0.71% | 0.15% |
| 9/14/2017 | 1.1885 | 1.19958 | 1.190654 | 0.93% | 0.18% | 1.1931 | 1.1921 | -0.54% | 0.12% |
| 9/13/2017 | 1.1979 | 1.19788 | 1.198964 | 0.00% | 0.09% | 1.2023 | 1.2017 | 0.37% | 0.23% |
| 9/12/2017 | 1.1933 | 1.20408 | 1.197749 | 0.90% | 0.37% | 1.1978 | 1.1970 | -0.52% | -0.06% |
| 9/11/2017 | 1.1997 | 1.209379 | 1.202593 | 0.81% | 0.24% | 1.2041 | 1.2035 | -0.44% | 0.08% |
| 9/8/2017 | 1.206 | 1.205979 | 1.209124 | 0.00% | 0.26% | 1.2102 | 1.2099 | 0.35% | 0.06% |
| 9/7/2017 | 1.1971 | NA | 1.205179 | NA | 0.67% | 1.2015 | 1.2009 | NA | -0.36% |
| 9/6/2017 | 1.1931 | 1.194181 | 1.194784 | 0.09% | 0.14% | 1.1976 | 1.1968 | 0.29% | 0.17% |
| 9/5/2017 | 1.189 | 1.192381 | 1.193655 | 0.28% | 0.39% | 1.1936 | 1.1926 | 0.10% | -0.09% |
| 9/4/2017 | 1.1905 | 1.19808 | 1.192058 | 0.64% | 0.13% | 1.1951 | 1.1941 | -0.25% | 0.17% |
| 9/1/2017 | 1.192 | 1.191381 | 1.197643 | -0.05% | 0.47% | 1.1966 | 1.1957 | 0.43% | -0.17% |
| 8/31/2017 | 1.1825 | 1.19848 | 1.19045 | 1.35% | 0.67% | 1.1873 | 1.1860 | -0.93% | -0.37% |
| 8/30/2017 | 1.1916 | 1.207079 | 1.199954 | 1.30% | 0.53% | 1.1962 | 1.1953 | -0.90% | -0.23% |
| 8/29/2017 | 1.2048 | 1.19848 | 1.206617 | -0.52% | 0.15% | 1.2091 | 1.2087 | 0.88% | 0.17% |
| 8/28/2017 | 1.1925 | 1.194281 | 1.1973 | 0.15% | 0.40% | 1.1970 | 1.1962 | 0.23% | -0.09% |
| 8/25/2017 | 1.1808 | 1.182382 | 1.188125 | 0.13% | 0.62% | 1.1856 | 1.1843 | 0.27% | -0.32% |

# Daily Comparison of Exchange rates EURO/USD (Aug 1, 2017 - Feb 21, 2018)

| Date | ECB Spot Fix Rate | Visa | Mastercard | % Difference Visa to ECB Fix Spot Rate | % Difference Mastercard to ECB Fix Spot Rate | Regression Predicted Visa Rate | Regression Predicted Mastercard Rate | % Difference Visa Regression to Visa Actual Rate | % Difference Mastercard Regression to Mastercard Actual Rate |
|---|---|---|---|---|---|---|---|---|---|
| 8/24/2017 | 1.1806 | 1.182482 | 1.1819 | 0.16% | 0.11% | 1.1854 | 1.1841 | 0.25% | 0.18% |
| 8/23/2017 | 1.1799 | 1.182582 | 1.1819 | 0.23% | 0.17% | 1.1847 | 1.1834 | 0.18% | 0.12% |
| 8/22/2017 | 1.1771 | 1.182882 | 1.182283 | 0.49% | 0.44% | 1.1820 | 1.1805 | -0.07% | -0.15% |
| 8/21/2017 | 1.1761 | 1.177482 | 1.181985 | 0.12% | 0.50% | 1.1810 | 1.1795 | 0.30% | -0.21% |
| 8/18/2017 | 1.174 | 1.179082 | 1.177236 | 0.43% | 0.28% | 1.1790 | 1.1773 | -0.01% | 0.01% |
| 8/17/2017 | 1.1697 | 1.177982 | 1.178585 | 0.71% | 0.76% | 1.1748 | 1.1730 | -0.27% | -0.48% |
| 8/16/2017 | 1.171 | 1.179382 | 1.175607 | 0.72% | 0.39% | 1.1760 | 1.1743 | -0.28% | -0.11% |
| 8/15/2017 | 1.1744 | 1.183982 | 1.179096 | 0.82% | 0.40% | 1.1794 | 1.1778 | -0.39% | -0.11% |
| 8/14/2017 | 1.1797 | NA | 1.183629 | NA | 0.33% | 1.1845 | 1.1831 | NA | -0.04% |
| 8/11/2017 | 1.1765 | 1.178682 | 1.183059 | 0.19% | 0.56% | 1.1814 | 1.1799 | 0.23% | -0.27% |
| 8/10/2017 | 1.1732 | 1.176582 | 1.176868 | 0.29% | 0.31% | 1.1782 | 1.1765 | 0.14% | -0.03% |
| 8/9/2017 | 1.1731 | 1.182482 | 1.176227 | 0.80% | 0.27% | 1.1781 | 1.1764 | -0.37% | 0.02% |
| 8/8/2017 | 1.1814 | 1.181482 | 1.182026 | 0.01% | 0.05% | 1.1862 | 1.1849 | 0.40% | 0.24% |
| 8/7/2017 | 1.1797 | 1.188981 | 1.1813 | 0.79% | 0.14% | 1.1845 | 1.1831 | -0.37% | 0.16% |
| 8/4/2017 | 1.1868 | 1.189381 | 1.188899 | 0.22% | 0.18% | 1.1915 | 1.1904 | 0.18% | 0.12% |
| 8/3/2017 | 1.186 | 1.190981 | 1.189077 | 0.42% | 0.26% | 1.1907 | 1.1896 | -0.02% | 0.04% |
| 8/2/2017 | 1.1829 | 1.184582 | 1.1871 | 0.15% | 0.36% | 1.1877 | 1.1864 | 0.25% | -0.06% |
| 8/1/2017 | 1.1812 | 1.184323 | 1.184323 | 0.29% | 0.26% | 1.1860 | 1.1847 | 0.11% | 0.03% |