USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
JOHN NYPL, *et al.*,               :
                                    :
         Plaintiffs,   :
                                    :
v.                                  :   Case No. 1:15-CV-09300 (LGS)
                                    :
JPMORGAN CHASE & CO., *et al.*,     :
                                    :
         Defendants.   :
------------------------------------------------------- x

### STIPULATION AND [PROPOSED] ORDER
### CONCERNING DEPOSITION COORDINATION

Plaintiffs Go Everywhere, Inc., Valarie Jolly, Mad Travel, Inc., Lisa McCarthy, John Nypl, and William Rubinsohn (collectively, "*Nypl* Plaintiffs"), and Defendants Bank of America Corporation, Bank of America, N.A., Barclays PLC, Barclays Capital Inc., Citibank, N.A., Citicorp, Citigroup Inc., HSBC North America Holdings, Inc., HSBC Bank USA, N.A., J.P. Morgan Bank, N.A., JPMorgan Chase Bank, N.A., JPMorgan Chase & Co., Royal Bank of Scotland PLC, and UBS AG (collectively, "*Nypl* Defendants"), by and through their undersigned counsel, hereby submit this stipulation as follows:

**WHEREAS**, on December 20, 2018, the Court ordered the parties in *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, No. 13-cv-7789, *Contant* v. *Bank of Am. Corp. et al.*, No. 17-cv-3139, *Allianz v. Bank of Am. Corp. et al.*, No. 18-cv-10364, and this action (collectively, "Actions") to "meet and confer in good faith and propose to the Court within 60 days" a proposed deposition protocol order "that would facilitate the scheduling of depositions in [this action], so as to, among other things . . . minimize the likelihood that any individual (other than experts) and

Rule 30(b)(6) designees will be deposed multiple times" ("Deposition Coordination Order") (Dkt. No. 105);

**WHEREAS**, on January 10, 2019, *Nypl* Plaintiffs filed a letter objecting to the Deposition Coordination Order and requested that they be excluded from that Order (Dkt. No. 399), and, on January 11, 2019, the Court denied *Nypl* Plaintiffs' request as premature (Dkt. No. 132);

**WHEREAS**, the parties in the Actions have met and conferred concerning the Deposition Coordination Order on multiple occasions;

**WHEREAS**, pursuant to Rules 30, 31, and 45 of the Federal Rules of Civil Procedure, the *Nypl* Plaintiffs, apart from experts, are only seeking the depositions of (i) the signatories to the May 20, 2015 plea agreements between the United States Department of Justice and Barclays PLC, Citicorp, JPMorgan Chase & Co., Royal Bank of Scotland PLC, and UBS AG, the December 11, 2012 deferred prosecution agreement between the United States Department of Justice, HSBC Holdings PLC, and HSBC Bank USA, N.A., and the January 18, 2018 deferred prosecution agreement between the United States Department of Justice and HSBC Holdings PLC (each, a "Signatory Witness," and, collectively, "Signatory Witnesses") and/or a corporate representative designated under Rule 30(b)(6) that is knowledgeable about said corporations' May 20, 2015 plea agreements or the December 11, 2012 and January 18, 2018 deferred prosecution agreements, on topics limited to those agreements (each, a "30(b)(6) Witness," and, collectively, "30(b)(6) Witnesses"); and (ii) Matthew Gardiner.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, on behalf of the *Nypl* Plaintiffs and *Nypl* Defendants, as follows:

(1) *Nypl* Plaintiffs and *Nypl* Defendants shall be exempt from the Deposition Coordination Order as it applies to the *Nypl* action;

(2) *Nypl* Plaintiffs shall be limited to seeking only depositions of (i) the Signatory Witnesses and/or 30(b)(6) Witnesses, and (ii) Matthew Gardiner;

(3) *Nypl* Defendants may object to any of the foregoing depositions on any grounds;

(4) *Nypl* Plaintiffs shall not notice or otherwise seek any other depositions, except *Nypl* Plaintiffs shall not be precluded from seeking additional depositions under Rule 45 from third parties not employed or formerly employed by any Defendant in the Actions;

(5) *Nypl* Plaintiffs may attend any deposition taken in any of the Actions, but may not examine the witness at any such depositions (except for the potential depositions described in paragraphs 2, 4, and 6 herein);

(6) *Nypl* Defendants may notice or otherwise seek any depositions in relation to the *Nypl* action, and *Nypl* Plaintiffs may cross-examine any witness deposed by *Nypl* Defendants where the deposition is noticed in the *Nypl* action; and

(7) *Nypl* Plaintiffs and *Nypl* Defendants may purchase transcripts for depositions taken by any party in any of the Actions, including depositions taken prior to the entry of this Order, notwithstanding any provision limiting the use of such transcripts in any protective order entered in any of the Actions, and may utilize such transcripts for any purpose otherwise allowable under the Federal Rules of Evidence; provided however, that *Nypl* Plaintiffs and *Nypl* Defendants reserve all rights and objections and do

not waive any rights or objections available to them under the Federal Rules of Civil Procedure and the Federal Rules of Evidence, except that a party may not object to the use of a deposition on the ground that the party did not attend the deposition and/or was unable to question the witness and/or that the deposition was not noticed in the *Nypl* action.

So Ordered.

DATED: March 15, 2019

Dated: March 18, 2019
New York, New York

STIPULATED AND AGREED:

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

LAW OFFICES OF LINGEL H. WINTERS

By: *Lingel H. Winters*

Lingel H. Winters
388 Market Street, Suite 900
San Francisco, California 94111
Telephone: (415) 398-2941
sawmill2@aol.com

ALIOTO LAW FIRM

Joseph M. Alioto
One Sansome Street, Suite 3500
San Francisco, California 94104
Telephone: (415) 434-8900
jmiller@aliotolaw.com
tmoore@aliotolaw.com

*Attorneys for Plaintiffs*

LOCKE LORD LLP

By: _____

Gregory T. Casamento
3 World Financial Center
New York, New York 10281
Telephone: (212) 812-8325
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
111 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0472
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Defendants HSBC North America Holdings, Inc. and HSBC Bank USA, N.A.*

4

not waive any rights or objections available to them under the Federal Rules of Civil Procedure and the Federal Rules of Evidence, except that a party may not object to the use of a deposition on the ground that the party did not attend the deposition and/or was unable to question the witness and/or that the deposition was not noticed in the *Nypl* action.

DATED:  March 15, 2019

STIPULATED AND AGREED:

| | |
|---|---|
| LAW OFFICES OF LINGEL H. WINTERS | LOCKE LORD LLP |
| By: _____ | By: *(signed)* |
| Lingel H. Winters<br>388 Market Street, Suite 900<br>San Francisco, California  94111<br>Telephone: (415) 398-2941<br>sawmill2@aol.com | Gregory T. Casamento<br>3 World Financial Center<br>New York, New York 10281<br>Telephone: (212) 812-8325<br>gcasamento@lockelord.com |
| ALIOTO LAW FIRM | Roger B. Cowie<br>2200 Ross Avenue, Suite 2200 |
| Joseph M. Alioto<br>One Sansome Street, Suite 3500<br>San Francisco, California 94104<br>Telephone: (415) 434-8900<br>jmiller@aliotolaw.com<br>tmoore@aliotolaw.com | Dallas, Texas  75201-6776<br>Telephone: (214) 740-8000<br>rcowie@lockelord.com<br><br>J. Matthew Goodin<br>Julia C. Webb<br>111 S. Wacker Drive |
| *Attorneys for Plaintiffs* | Chicago, Illinois 60606<br>Telephone:  (312) 443-0472<br>jmgoodin@lockelord.com<br>jwebb@lockelord.com |
| | *Attorneys for Defendants HSBC North America Holdings, Inc. and HSBC Bank USA, N.A.* |

| | |
|---|---|
| COVINGTON & BURLING LLP<br><br>By: *Andrew A. Ruffino* _____<br><br>Andrew A. Ruffino<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: (212) 841-1000<br>aruffino@cov.com<br><br>Thomas A. Isaacson<br>Andrew D. Lazerow<br>Jamie A. Heine<br>One CityCenter<br>850 Tenth Street NW<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br>tisaacson@cov.com<br>alazerow@cov.com<br>jheine@cov.com<br><br>*Attorneys for Defendants Citicorp,*<br>*Citigroup Inc., and Citibank, N.A.* | SULLIVAN & CROMWELL LLP<br><br>By: _____<br><br>Matthew A. Schwartz<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4197<br>schwartzmatthew@sullcrom.com<br><br>*Attorneys for Defendants*<br>*Barclays plc and Barclays Capital, Inc.* |

| | |
|---|---|
| SHEARMAN & STERLING LLP<br><br>By: _____<br><br>Adam S. Hakki<br>Richard F. Schwed<br>Jeffrey J. Resetarits<br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 848-4000<br>ahakki@shearman.com<br>rschwed@shearman.com<br>jeffrey.resetarits@shearman.com<br><br>*Attorneys for Defendants Bank of America*<br>*Corporation and Bank of America, N.A.* | GIBSON, DUNN & CRUTCHER LLP<br><br>By: _____<br><br>Eric J. Stock<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>estock@gibsondunn.com<br><br>D. Jarrett Arp<br>Melanie L. Katsur<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 955-8500<br>jarp@gibsondunn.com<br>mkatsur@gibsondunn.com<br><br>*Attorneys for Defendant UBS AG* |

| | |
|---|---|
| COVINGTON & BURLING LLP | SULLIVAN & CROMWELL LLP |
| By: _____ | By: *Matthew A. Schwartz / МА* |
| Andrew A. Ruffino<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: (212) 841-1000<br>aruffino@cov.com | Matthew A. Schwartz<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4197<br>schwartzmatthew@sullcrom.com |
| | *Attorneys for Defendants*<br>*Barclays plc and Barclays Capital, Inc.* |
| Thomas A. Isaacson<br>Andrew D. Lazerow<br>Jamie A. Heine<br>One CityCenter<br>850 Tenth Street NW<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br>tisaacson@cov.com<br>alazerow@cov.com<br>jheine@cov.com | GIBSON, DUNN & CRUTCHER LLP<br><br>By: _____<br><br>Eric J. Stock<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>estock@gibsondunn.com |
| *Attorneys for Defendants Citicorp,*<br>*Citigroup Inc., and Citibank, N.A.* | |
| | D. Jarrett Arp<br>Melanie L. Katsur<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 955-8500<br>jarp@gibsondunn.com<br>mkatsur@gibsondunn.com |
| SHEARMAN & STERLING LLP | |
| By: _____ | *Attorneys for Defendant UBS AG* |
| Adam S. Hakki<br>Richard F. Schwed<br>Jeffrey J. Resetarits<br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 848-4000<br>ahakki@shearman.com<br>rschwed@shearman.com<br>jeffrey.resetarits@shearman.com | |
| *Attorneys for Defendants Bank of America*<br>*Corporation and Bank of America, N.A.* | |

COVINGTON & BURLING LLP

By: _____

Andrew A. Ruffino
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

Thomas A. Isaacson
Andrew D. Lazerow
Jamie A. Heine
One CityCenter
850 Tenth Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
tisaacson@cov.com
alazerow@cov.com
jheine@cov.com

*Attorneys for Defendants Citicorp, Citigroup Inc., and Citibank, N.A.*

SHEARMAN & STERLING LLP

By: /s/ Ada S. Hakki

Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America Corporation and Bank of America, N.A.*

SULLIVAN & CROMWELL LLP

By: _____

Matthew A. Schwartz
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4197
schwartzmatthew@sullcrom.com

*Attorneys for Defendants Barclays plc and Barclays Capital, Inc.*

GIBSON, DUNN & CRUTCHER LLP

By: _____

Eric J. Stock
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
estock@gibsondunn.com

D. Jarrett Arp
Melanie L. Katsur
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
jarp@gibsondunn.com
mkatsur@gibsondunn.com

*Attorneys for Defendant UBS AG*

5

COVINGTON & BURLING LLP

By: _____

Andrew A. Ruffino
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

Thomas A. Isaacson
Andrew D. Lazerow
Jamie A. Heine
One CityCenter
850 Tenth Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
tisaacson@cov.com
alazerow@cov.com
jheine@cov.com

*Attorneys for Defendants Citicorp,
Citigroup Inc., and Citibank, N.A.*

SHEARMAN & STERLING LLP

By: _____

Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America
Corporation and Bank of America, N.A.*

SULLIVAN & CROMWELL LLP

By: _____

Matthew A. Schwartz
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4197
schwartzmatthew@sullcrom.com

*Attorneys for Defendants
Barclays plc and Barclays Capital, Inc.*

GIBSON, DUNN & CRUTCHER LLP

By: *[signature]*

Eric J. Stock
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
estock@gibsondunn.com

D. Jarrett Arp
Melanie L. Katsur
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
jarp@gibsondunn.com
mkatsur@gibsondunn.com

*Attorneys for Defendant UBS AG*

5

| | |
|---|---|
| DAVIS POLK & WARDWELL LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| By: */s/ Paul Mishkin* | By: _____ |
| Paul S. Mishkin<br>Melissa C. King<br>Maude Paquin<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>paul.mishkin@davispolk.com<br>melissa.king@davispolk.com<br>maude.paquin@davispolk.com | Boris Bershteyn<br>Gretchen M. Wolf<br>Tansy Woan<br>Four Times Square<br>New York, New York 10036<br>Telephone: (212) 735-3000<br>boris.bershteyn@skadden.com<br>gretchen.wolf@skadden.com<br>tansy.woan@skadden.com |
| *Attorneys for the Defendant*<br>*The Royal Bank of Scotland plc* | *Attorneys for Defendants JPMorgan Chase*<br>*& Co. and JPMorgan Chase Bank, N.A.* |

DAVIS POLK & WARDWELL LLP

By: _____

Paul S. Mishkin
Melissa C. King
Maude Paquin
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
paul.mishkin@davispolk.com
melissa.king@davispolk.com
maude.paquin@davispolk.com

*Attorneys for the Defendant
The Royal Bank of Scotland plc*

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: */s/ Boris Bershteyn*

Boris Bershteyn
Gretchen M. Wolf
Tansy Woan
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
boris.bershteyn@skadden.com
gretchen.wolf@skadden.com
tansy.woan@skadden.com

*Attorneys for Defendants JPMorgan Chase
& Co. and JPMorgan Chase Bank, N.A.*

6