# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN NYPL, *et al.* | Case No: 1:15-cv-09300-LGS |
| Plaintiffs, | |
| v. | |
| JP MORGAN CHASE & CO., *et al.* | |
| Defendants. | |

### NOTICE OF MOTION FOR ISSUANCE OF A HAGUE CONVENTION REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO TAKE TESTIMONY OVERSEAS

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and the Declaration of Lingel H. Winters, dated April 10, 2019 (the "Winters Declaration"), Plaintiffs respectfully move this Court, before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, on such date and at such time as the Court may direct, to issue a Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters ("Letter of Request") to take testimony overseas, pursuant to 28 U.S.C. § 1781, Federal Rule of Civil Procedure 28(b), and Chapter I of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, T.I.A.S. No. 7444, 23 U.S.T. 2555. The proposed Letter of Request is attached as Exhibit A to the Winters Declaration.

A Proposed Order is attached to this Notice of Motion.

**LAW OFFICES OF LINGEL H. WINTERS**

Dated: April 10, 2019        By: */s/ Lingel H. Winters*
LINGEL H. WINTERS (State Bar No. 37759)
388 Market Street, Suite 1300
San Francisco, California 94111
Tel: (415) 398-2941
Email: sawmill2@aol.com
*Attorneys for Plaintiffs
And All Others Similarly Situated*

1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN NYPL, *et al.* | Case No: 1:15-cv-09300-LGS |
| Plaintiffs, | |
| v. | |
| JP MORGAN CHASE & CO., *et al.* | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING MOTION FOR ISSUANCE OF A HAGUE CONVENTION REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO TAKE TESTIMONY OVERSEAS**

The Court, having reviewed Plaintiffs' Motion for Issuance of a Hague Convention Request for International Judicial Assistance to Take Testimony Overseas as well as the papers in support and opposition, HEREBY ORDERS THAT:

1. The Motion is GRANTED.

2. The Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matter attached as Exhibit A to the Declaration of Lingel H. Winters, dated April 10, 2019 is hereby issued as the Court's "Letter of Request" and is fully incorporated herein.

3. The signed Order and the Letter of Request will be given to Lingel H. Winters Professional Corporation, Attorneys for Plaintiffs, who will cause both documents to be filed with The Senior Master (Queen's Bench Division), Royal Courts of Justice Strand, London WC2A 2LL, England.

4. The Stipulation and Order of Confidentiality (ECF No. 249 ) in this action shall apply to the deposition, including the transcript and video.

5. This Order, the deposition of Mr. Matthew Gardiner, or the terms of the Letter of Request (which are incorporated into this Order) shall not be construed or operate as a waiver of any argument, position, objection, allegation, or claim or defense of any party in the above-captioned

1

action, or of the attorney-client privilege, the work product doctrine, or any other privileges, rights, protections, or prohibitions that may apply to that evidence under the laws of England, the United States, or the State of New York.

Dated: _____, 2019
   New York, New York

SO ORDERED.

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2