| | |
|---|---|
| New York | Paris |
| Menlo Park | Madrid |
| Washington DC | Tokyo |
| São Paulo | Beijing |
| London | Hong Kong |

# Davis Polk

**Jordan Garman**

Davis Polk & Wardwell LLP  212 450 3010 tel
450 Lexington Avenue  212 701 6010 fax
New York, NY 10017  jordan.garman@davispolk.com

May 17, 2019

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:  *John Nypl, et al. v. JPMorgan Chase & Co., et al.*, No. 15 Civ. 9300 (LGS)

Dear Judge Schofield:

Davis Polk & Wardwell LLP represents defendant The Royal Bank of Scotland plc, now known as NatWest Markets Plc, in the above-referenced action. After May 17, 2019, I will no longer be associated with the law firm of Davis Polk & Wardwell LLP and thus no longer serve as counsel. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record. Davis Polk & Wardwell LLP will continue to represent the defendant in this action.

Respectfully submitted,

*Jordan Garman*

Jordan Garman

cc: All Counsel of Record (via ECF)


SO ORDERED.   DATE: _____

_____
U.S.D.J.