# ALIOTO LAW FIRM

ONE SANSOME STREET
35TH FLOOR
SAN FRANCISCO, CALIFORNIA  94104

TELEPHONE (415) 434-8900
FACSIMILE (415) 434-9200

November 22, 2019

<u>*Via ECF*</u>

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:   *John Nypl, et al. v. JP Morgan Chase & Co et al.,* No. 15-cv-9300 (LGS)

Dear Judge Schofield:

    I respectfully wish to advise the Court that on Wednesday, November 20, 2019, the trial in *United States v. Ayer No. 18-Cr333* resulted in a guilty verdict of price-fixing by Mr. Akshay Aiyer, a former JP Morgan Forex trader.

    I believe that this is the last trial of the Department of Justice concerning the price-fixing of the currency exchange rates.

    Pursuant to this Court's Order of November 4, 2019 and Individual Rules and Procedures III.A.1, the *Nypl* Plaintiffs respectfully request a pre-motion conference on December 10, 2019, regarding lifting of the stay on testamentary discovery, in particular the depositions of the signatories of the Plea Agreements and Deferred Prosecution Agreement and the persons most knowledgeable about those Plea Agreements and Deferred Prosecution Agreement.

    Respectfully submitted:

    *By:*   */s/ Joseph M. Alioto*
    Joseph M. Alioto

    *By:*   */s/ Lingel H. Winters*
    Lingel H. Winters

ALIOTO LAW FIRM
Page 2

cc:     All Counsel of Record via ECF