UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOHN NYPL, et al.,                                          :
                                        Plaintiffs,         :
                                                            :
            -against-                                       :
                                                            :
JP MORGAN CHASE & CO., et al.,                              :
                                        Defendants.         :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/13/2020

15 Civ. 9300 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 16, 2019, the parties were ordered to file a joint letter proposing an amended Case Management Plan and Scheduling Order and a briefing schedule for Plaintiffs' anticipated motion for class certification. The parties were further ordered to file a letter with the Court by January 31, 2020 regarding any issues requiring the Court's intervention and resolution relating to Plaintiffs' noticed depositions (Dkt. No. 479);

WHEREAS, on January 10, 2020, the parties filed a joint letter. In the letter, Plaintiffs requested that the Court schedule a telephonic conference during the week of January 13, 2020 to address Plaintiffs' deposition notices and Defendants' objections. Plaintiffs and Defendants each additionally proposed Case Management Plans and briefing schedules for Plaintiffs' anticipated motion for class certification (Dkt. No. 480). It is hereby

**ORDERED** that the parties shall comply with this Court's Order at Dkt. No. 479 and raise any remaining disputes regarding Plaintiffs' proposed depositions by letter by January 31, 2020. Accordingly, Plaintiff's request for a telephonic hearing during the week of January 13, 2020 is DENIED as premature. It is further

**ORDERED** that the parties shall complete fact discovery by June 1, 2020. An Amended Case Management Plan and Scheduling Order will issue separately. The parties shall brief Plaintiffs' motion for class certification according to the schedule outlined in the Amended Case Management Plan and Scheduling Order.

Dated: January 13, 2020
      New York, New York

                                              **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**