Law Offices
of

# Lingel H. Winters

A PROFESSIONAL CORPORATION
388 Market St. Suite 1300
San Francisco, California 94111
(415) 398-2941

February 6, 2020

**BY ECF**

The Honorable Lorna G. Schofield
U.S.D.C. Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

   *Re:* *Nypl v JPMorgan Chase & Co.*; No. 15-cv-9300 LGS (S.D.NY.)
      **Request for Extension of Time in Amended Civil Case**
      **Management Plan and Scheduling Order**

Dear Judge Schofield,

  Plaintiffs' expert advises that he is scheduled to attend and standby for two trials in other matters, which are scheduled for February 10, 2020 through March 13, 2020, a period of 33 days. Plaintiffs respectfully request a 33-day extension of time from March 27, 2020 to April 30, 2020 to serve their motion for class certification and expert report.

           Respectfully submitted,

           **ALIOTO LAW FIRM**


           By: */s/ Joseph M. Alioto*
           *Attorneys for Plaintiffs*


           **LAW OFFICES OF LINGEL H. WINTERS P. C.**


           By: */s/ Lingel H. Winters*
           *Attorneys for Plaintiffs*

cc: All Counsel by ECF