```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JOHN NYPL, et al.,                                           :
                                    Plaintiffs,              :
                                                             :    15 Civ. 9300 (LGS)
            -against-                                        :
                                                             :    ORDER
JP MORGAN CHASE & CO., et al.,                               :
                                    Defendants.              :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 16, 2020, Plaintiffs filed a letter regarding the relevance of testimony relating to the December 11, 2012 deferred prosecution agreement between the United States Department of Justice, HSBC Holdings PLC, and HSBC Bank USA, N.A.  It is hereby

**ORDERED** that, to the extent that the proposed depositions seek to address the topic of the December 11, 2012 deferred prosecution agreement between the United States Department of Justice, HSBC Holdings PLC, and HSBC Bank USA, N.A., the deposition notices are quashed as irrelevant.  To the extent that Plaintiffs seek non-public information relating the size of HSBC Holdings PLC, and HSBC Bank USA, N.A., such information may be acquired by interrogatory.  It is further

**ORDERED** that, by **April 10, 2020**, Plaintiffs shall file on ECF a letter identifying the disputed 30(b)(6) deposition topics, and providing as attachments to the letter the disputed notices.  It is further

**ORDERED** that, by **April 16, 2020**, the parties shall file a joint letter on ECF, not to exceed two pages, providing the parties' positions and legal support as to whether Plaintiffs

are entitled to inquire about conversations Defendants had with the Government under Federal Rule of Evidence 410(a)(4) or otherwise.

Dated: April 8, 2020
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**