UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   JOHN NYPL, et al.,

                        Plaintiffs,

                                  15 Civ. 9300 (LGS)
            -against-

                                  <u>ORDER</u>
   JP MORGAN CHASE & CO., et al.,

                       Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is ORDERED that a telephonic conference will be held on **June 4, 2020, at 2:00 PM**., to address the issues raised in the parties' joint letter at Dkt. No. 540. It is further

      ORDERED that, by **May 29, 2020**, the parties shall file a joint letter (1) proposing an appropriate extension to fact discovery; and (2) providing a conference line and, if necessary, an access code for the conference. The parties shall ensure they are all dialed into the conference call by the appointed conference time. If the parties are not able to arrange a conference call, they shall contact the Courtroom Deputy, Mr. James Street, at 212-805-4553, as soon as possible and no later than **May 29, 2020, at noon,** to make other arrangements. It is further

      ORDERED that the parties shall attach to the joint letter a list of the parties and their counsel of record who will appear and speak at the conference.

Dated: May 22, 2020
       New York, New York

                                                  _____
                                                    LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE