UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  JOHN NYPL, et al.,

                              Plaintiffs,

                        15 Civ. 9300 (LGS)

             -against-

                        ORDER

  JP MORGAN CHASE & CO., et al.,

                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a telephonic conference was held on June 4, 2020.  As discussed at the conference, it is hereby

       **ORDERED** that Plaintiffs shall serve no more than thirty interrogatories, including all discrete subparts, on each of Defendants Barclays PLC, Citicorp, JPMorgan Chase & Co., Royal Bank of Scotland PLC, and UBS AG to address the threshold question of what communications, if any, each Defendant had with the Government relating to the plea agreements named in the Stipulation.  It is further

       **ORDERED** that, pending responses to the interrogatories, Plaintiffs' written discovery requests and deposition notices relating to the topic of Defendants' disclosures to the Government are **STAYED**.  It is further

       **ORDERED** that, by **July 1, 2020**, the parties shall meet and confer and file a status letter to apprise the Court of the status of the interrogatories, responses thereto, any subsequent related discovery, and any anticipated related discovery.  An amended case management plan and scheduling order will issue separately, extending discovery for purposes of the above-referenced discovery.  It is further

       **ORDERED** that, to the extent that Plaintiffs intend to file a letter motion seeking to serve

the above-referenced interrogatories on Defendants Bank of America, N.A. or Bank of American Corporation, Plaintiffs shall file the letter motion by **June 5, 2020**.  Any response shall by filed by **June 12, 2020**.  It is further

**ORDERED** that, to the extent that Plaintiffs intend to file a letter motion seeking to serve the above-referenced interrogatories on Defendants HSBC North America Holdings, Inc. or HSBC Bank USA, N.A., Plaintiffs shall file the letter motion by **June 9, 2020**.  Any response shall be filed by **June 16, 2020**.  It is further

**ORDERED** that, by **June 10, 2020**, the parties shall file a joint status letter to apprise the Court as to the agreement reached regarding Defendants' responses to Plaintiffs' interrogatories seeking information relevant to their expert report, and any remaining disputes relating to those interrogatories.

Dated: June 4, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**