Application GRANTED. The parties shall file the joint status letter by July 10, 2020.

Dated: July 6, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

July 2, 2020

VIA ECF

The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   *Nypl, et al. v. JPMorgan Chase & Co, et al.*, Case No. 1:15-cv-9300

Dear Judge Schofield:

We write on behalf of the parties in the above captioned action to respectfully request a one-week extension of the parties' July 3, 2020, deadline to file a joint status letter regarding the sufficiency of defendants' June 19, 2020, interrogatory responses. ECF No. 571. The parties are continuing to meet and confer and would benefit from an additional week to try to narrow any issues in dispute. The parties propose to file a joint letter with the parties' positions on July 10, 2020. This is the parties' first request for an extension.

Respectfully submitted,

SHEARMAN & STERLING LLP

By:  /s/ Jeffrey J. Resetarits
    Adam S. Hakki
    Richard F. Schwed
    Jeffrey J. Resetarits

*Attorneys for Defendants Bank of America Corporation and Bank of America, N.A.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  /s/ Boris Bershteyn*
    Boris Bershteyn
    Gretchen M. Wolf
    Tansy Woan

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

1

| | |
|---|---|
| LOCKE LORD LLP | DAVIS POLK & WARDWELL LLP |
| By: /s/ J. Matthew Goodin*<br>　　Roger B. Cowie<br>　　Gregory T. Casamento<br>　　J. Matthew Goodin<br>　　Julia C. Webb | By: /s/ Paul Mishkin*<br>　　Paul S. Mishkin<br>　　Adam G. Mehes<br>　　John M. Briggs |
| *Attorneys for Defendants*<br>*HSBC North America Holdings, Inc.*<br>*and HSBC Bank USA, N.A.* | *Attorneys for Defendant*<br>*The Royal Bank of Scotland plc, now known*<br>*as NatWest Markets Plc* |
| SULLIVAN & CROMWELL LLP | COVINGTON & BURLING LLP |
| By: /s/ Matthew A. Schwartz*<br>　　Matthew A. Schwartz<br>　　Matthew A. Peller<br>　　Maeghan O. Mikorski | By: /s/ Andrew A. Ruffino*<br>　　Andrew A. Ruffino<br>　　Andrew D. Lazerow |
| *Attorneys for Defendants*<br>*Barclays PLC and Barclays Capital Inc.* | *Attorneys for Defendants Citicorp, Citigroup Inc., and Citibank N.A.* |

GIBSON, DUNN & CRUTCHER LLP
By: /s/ Eric J. Stock*
　　Eric J. Stock
　　D. Jarrett Arp
　　Melanie L. Katsur

*Attorneys for Defendant UBS AG*

3

| | |
|---|---|
| ALIOTO LAW FIRM | LAW OFFICES OF LINGEL H. WINTERS, A Professional Corporation |
| By: /s/ Joseph M. Alioto* <br> Joseph M. Alioto <br> Tom Pier <br> Theresa D. Moore <br> Jamie Miller | By: /s/ Lingel H. Winters* <br> Lingel H. Winters |

*Attorneys for Plaintiffs*

*Signatures used with permission pursuant to S.D.N.Y. ECF Rule 8.5