UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
    JOHN NYPL, et al.,     :
                    Plaintiffs,   :
                                          :         15 Civ. 9300 (LGS)
            -against-     :
                                          :         ORDER
    JP MORGAN CHASE & CO., et al.,   :
                              Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 10, 2020, Plaintiffs filed a motion to seal the portions of a joint letter (Dkt. No. 577). On July 14, 2020, Defendants filed a letter in support (Dkt. No. 584). It is hereby

**ORDERED** that Plaintiffs' motion to seal is **GRANTED**. The unredacted version of the joint letter will remain sealed, and only the parties and individuals identified in the attached appendix will have access. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). Filing the above-referenced document in redacted form is necessary to prevent the unauthorized dissemination of confidential business information.

Dated: July 20, 2020
          New York, New York

                                                              LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE

**CORRECTED APPENDIX OF PARTIES AND ATTORNEYS OF RECORD**

| | |
|---|---|
| Joseph M. Alioto<br>Thomas P. Pier<br>Jamie L. Miller<br>Alioto Law Firm<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>Telephone: (415) 434-8900<br>Facsimile: (415) 434-9200<br>Email: jmalioto@aliotolaw.com<br>Email: jmiller@aliotolaw.com<br><br>*Attorneys for Plaintiffs* | Lingel H. Winters<br>Law Offices of Lingel H. Winters<br>388 Market Street, Suite 1300<br>San Francisco, California 94111<br>Tel: (415) 398-2941<br>Fax: (415) 393-9887<br>Email: sawmill2@aol.com<br><br>*Attorneys for Plaintiffs* |
| Christopher A Nedeau<br>Nedeau Law Firm<br>154 Baker Street<br>San Francisco, CA 94117-2111<br>415-516-4010<br>Email: cnedeau@nedeaulaw.net<br><br>*Attorneys for Plaintiffs* | Lawrence Papale<br>Law Offices of Lawrence G. Papale<br>1308 Main Street, Suite 117<br>St. Helena, CA 94574<br>707-963-1704<br>Email: lgpapale@papalelaw.com<br><br>*Attorneys for Plaintiffs* |
| Adam Selim Hakki<br>Jeffrey Jason Resetarits<br>Richard Franklin Schwed<br>Stephen D. Hibbard<br>Shearman & Sterling LLP (NY)<br>599 Lexington Avenue<br>New York, NY 10022<br>Email: ahakki@shearman.com<br>Email: jeffrey.resetarits@shearman.com<br>Email: rschwed@shearman.com<br>Email: stephen.hibbard@shearman.com<br><br>*Attorneys for Bank of America, N.A., Bank of America Corporation* | |
| James Matthew Goodin<br>Julia C Webb<br>Locke Lord LLP<br>111 S Wacker Dr<br>Chicago, IL 60606<br>Email: jmgoodin@lockelord.com<br>Email: jwebb@lockelord.com<br><br>*Attorneys for HSBC Bank (USA), N.A., HSBC North American Holdings Inc.* | Regina Jill McClendon<br>Locke Lord LLP<br>44 Montgomery Street, Suite 4100<br>San Francisco, CA 94104<br>Email: rmcclendon@lockelord.com<br><br>*Attorney for HSBC Bank (USA), N.A., HSBC North American Holdings Inc.* |

| | |
|---|---|
| Gregory Thomas Casamento<br>Locke Lord LLP (NYC)<br>3 World Financial Center, 20th Floor<br>New York, NY 10001<br>Email: gcasamento@lockelord.com<br><br>*Attorney for HSBC Bank (USA), N.A., HSBC North American Holdings Inc.* | Roger Brian Cowie<br>Locke Lord LLP<br>2200 Ross Avenue<br>Suite 2200<br>Dallas, TX 75201<br>Email: rcowie@lockelord.com<br><br>*Attorney for HSBC Bank (USA), N.A., HSBC North American Holdings Inc.* |
| Micah G. Block<br>Davis Polk & Wardwell (Menlo Park)<br>1600 El Camino Real<br>Menlo Park, CA 94025<br>Email: micah.block@davispolk.com<br><br>*Attorney for Royal Bank of Scotland, plc* | Neal Alan Potischman<br>Paul Steel Mishkin<br>Adam Gabor Mehes<br>John Michael Briggs<br>Maude Paquin<br>Alyssa Beaver Gomez<br>Lewis Charles Shioleno<br>Davis Polk & Wardwell LLP (NYC)<br>450 Lexington Avenue<br>New York, NY 10017<br>Email: Neal.Potischman@dpw.com<br>Email: paul.mishkin@dpw.com<br>Email: adam.mehes@davispolk.com<br>Email: john.briggs@davispolk.com<br>Email: maude.paquin@davispolk.com<br>Email: alyssa.gomez@davispolk.com<br>Email: shioleno@gmail.com (Inactive)<br><br>*Attorneys for Royal Bank of Scotland, plc* |
| Gretchen Wolf<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>155 North Wacker Drive<br>Suite 2700<br>Chicago, IL 60606-1720<br>Email: gretchen.wolf@skadden.com<br><br>*Attorney for JP Morgan Chase & Co., JPMorgan Chase Bank, N.A.* | Harry Peter Koulos<br>Tansy Woan<br>Boris Bershteyn<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001-8602<br>Email: harry.koulos@skadden.com<br>Email: tansy.woan@skadden.com<br>Email: boris.bershteyn@skadden.com<br><br>*Attorneys for JP Morgan Chase & Co., JPMorgan Chase Bank, N.A.* |

| | |
|---|---|
| Alan M. Wiseman<br>Andrew D. Lazerow<br>Covington & Burling, L.L.P. (DC)<br>One City Center, 850 10th Street NW<br>Washington, DC 20001<br>Email: awiseman@cov.com<br>Email: alazerow@cov.com<br><br>*Attorneys for Citigroup, Inc., Citicorp, Citibank, N.A.* | Andrew Arthur Ruffino<br>Covington & Burling LLP(NYC)<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Email: aruffino@cov.com<br><br>*Attorney for Citigroup, Inc., Citicorp, Citibank, N.A.* |
| Tammy Albarran<br>Covington and Burling LLP<br>One Front Street 35th Floor<br>San Francisco, CA 94111<br>Email: talbarran@cov.com<br><br>*Attorney for Citigroup, Inc., Citicorp, Citibank, N.A.* | David Jarrett Arp<br>Melanie Leigh Katsur<br>Gibson, Dunn & Crutcher, LLP (DC)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Email: jarp@gibsondunn.com<br>Email: mkatsur@gibsondunn.com<br><br>*Attorneys for UBS AG* |
| Eric Jonathan Stock<br>Gibson, Dunn & Crutcher, LLP (NY)<br>200 Park Avenue<br>New York, NY 10166<br>Email: estock@gibsondunn.com<br><br>*Attorney for UBS AG* | Adam Seth Paris<br>Sullivan & Cromwell LLP (Los Angeles)<br>1888 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Email: parisa@sullcrom.com<br><br>*Attorney for Barclays PLC, Barclays Capital, Inc.* |
| David Harold Braff<br>Sullivan and Cromwell, LLP(NYC)<br>125 Broad Street<br>New York, NY 10004<br>Email: braffd@sullcrom.com<br><br>*Attorney for Barclays PLC, Barclays Capital, Inc.* | Jeffrey T. Scott<br>Kathleen Suzanne McArthur<br>Maeghan Owen Mikorski<br>Matthew Alain Peller<br>Matthew Alexander Schwartz<br>Yvonne Susan Quinn<br>Sullivan and Cromwell, LLP(NYC)<br>125 Broad Street<br>New York, NY 10004<br>Email: scottj@sullcrom.com<br>Email: mcarthurk@sullcrom.com<br>Email: mikorskim@sullcrom.com<br>Email: pellerm@sullcrom.com<br>Email: schwartzmatthew@sullcrom.com<br>Email: quinny@sullcrom.com<br><br>*Attorneys for Barclays PLC, Barclays Capital, Inc.* |