**SHEARMAN & STERLING LLP**

599 Lexington Avenue
New York, NY 10022-6069

**VIA ECF**

July 30, 2020

The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   *Nypl, et al. v. JPMorgan Chase & Co., et al.*, No. 1:15-CV-09300 (LGS)

Dear Judge Schofield:

Pursuant to Your Honor's July 23, 2020 Order (ECF No. 607), we write on behalf of defendants Bank of America Corporation and Bank of America, N.A. (together, "Bank of America") to provide an update to the Court on whether Bank of America has any additional data that it can produce that would break down its retail FX transactions into transactions conducted by business end-users and transactions conducted by consumer end-users.  The short answer is that Bank of America does not have any additional data that would provide this breakdown.  This is because Bank of America's FX retail database does not record client information in a manner that would allow Bank of America to run reports showing which retail FX transactions were conducted by business end-users and which retail FX transactions were conducted by consumer end-users.

Respectfully submitted,

*/s/ Jeffrey J. Resetarits*
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
Telephone:  (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America Corporation and Bank of America, N.A.*

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.