**ALIOTO LAW FIRM**

ONE SANSOME STREET
35TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE (415) 434-8900
FACSIMILE (415) 434-9200

August 31, 2020

The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Filed via ECF

*Re:* *Nypl, et al. v. JPMorgan Chase & Co, et al.,*
Case No. 1:15-cv-9300

Dear Judge Schofield:

The *Nypl* Plaintiffs respectfully request approval to file the letter in response to Defendants August 22, 2020, letter motion (Dkt. Nos. 624, 627, 628) under seal and in redacted form, pursuant to Rule I.D.3 of Your Honor's Individual Rules and Procedures for Civil Cases ("Individual Rules").

The letter response contains references to information designated by Defendants as confidential/highly confidential pursuant to the Stipulation and Order of Confidentiality entered by the Court on November 13, 2017 (Dkt. No. 249). In accordance with this Court's Individual Rules, Plaintiffs have provisionally redacted references to material designated as confidential/highly confidential by Defendants. Pursuant to Rule I.D.3 of this Court's Individual Rules, however, the party "with an interest in confidential treatment bears the burden of persuasion." Individual Rules, Rule I.D.3. In this case, Defendants, as the parties that made the relevant confidentiality designations, are those with an interest in confidential treatment. Accordingly, Defendants should "promptly file a letter on ECF within two business days in support of the motion," explaining why they seek to have the joint letter filed in redacted form pursuant to Rule I.D.3 of this Court's Individual Rules.

Plaintiffs further respectfully reserve the right to challenge the Defendants' confidentiality designations in the future pursuant to Stipulation and Order of Confidentiality. Nevertheless, Plaintiffs submit this letter consistent with the applicable procedures set forth in the Court's Individual Rules where the filing party is not the party asserting an interest in the confidential treatment of the redacted information.

In accordance with Your Honor's Individual Rules and the Confidentiality Order, the *Nypl* Plaintiffs respectfully request that this Court grant it permission to file the letter opposition under seal and in redacted form.

Respectfully submitted,

ALIOTO LAW FIRM

By: */s/ Joseph M. Alioto*
Joseph M. Alioto

*Attorneys for Plaintiffs and All Others Similarly Situated*

C: All Counsel by ECF

Application GRANTED. Plaintiffs may file the letter in response to Defendants' August 22, 2020, letter motion (Dkt. Nos. 624, 627, 628), under seal and in redacted form.

Pursuant to Individual Rule D.3, Defendants shall file any letter in support of Plaintiffs' motion to file in redacted form by **September 2, 2020**.

Dated: September 1, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**APPENDIX OF PARTIES AND ATTORNEYS OF RECORD**

| | |
|---|---|
| Joseph M. Alioto<br>Thomas P. Pier<br>Jamie L. Miller<br>Alioto Law Firm<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>Telephone:  (415) 434-8900<br>Facsimile: (415) 434-9200<br>Email:  jmalioto@aliotolaw.com<br>Email:  jmiller@aliotolaw.com<br><br>*Attorneys for Plaintiffs* | Lingel H. Winters<br>Law Offices of Lingel H. Winters<br>388 Market Street, Suite 1300<br>San Francisco, California 94111<br>Tel:  (415) 398-2941<br>Fax:  (415) 393-9887<br>Email:  sawmill2@aol.com<br><br>*Attorneys for Plaintiffs* |
| Christopher A Nedeau<br>Nedeau Law Firm<br>154 Baker Street<br>San Francisco, CA 94117-2111<br>415-516-4010<br>Email: cnedeau@nedeaulaw.net<br><br>*Attorneys for Plaintiffs* | Lawrence Papale<br>Law Offices of Lawrence G. Papale<br>1308 Main Street, Suite 117<br>St. Helena, CA 94574<br>707-963-1704<br>Email: lgpapale@papalelaw.com<br><br>*Attorneys for Plaintiffs* |
| Adam Selim Hakki<br>Jeffrey Jason Resetarits<br>Richard Franklin Schwed<br>Stephen D. Hibbard<br>Shearman & Sterling LLP (NY)<br>599 Lexington Avenue<br>New York, NY 10022<br>Email: ahakki@shearman.com<br>Email: jeffrey.resetarits@shearman.com<br>Email: rschwed@shearman.com<br>Email: stephen.hibbard@shearman.com<br><br>*Attorneys for Bank of America, N.A., Bank of America Corporation* | |
| James Matthew Goodin<br>Julia C Webb<br>Locke Lord LLP<br>111 S Wacker Dr<br>Chicago, IL 60606<br>Email: jmgoodin@lockelord.com<br>Email: jwebb@lockelord.com<br><br>*Attorneys for HSBC Bank (USA), N.A., HSBC North American Holdings Inc.* | Regina Jill McClendon<br>Locke Lord LLP<br>44 Montgomery Street, Suite 4100<br>San Francisco, CA 94104<br>Email: rmcclendon@lockelord.com<br><br>*Attorney for HSBC Bank (USA), N.A., HSBC North American Holdings Inc.* |

| | |
|---|---|
| Gregory Thomas Casamento<br>Locke Lord LLP (NYC)<br>3 World Financial Center, 20th Floor<br>New York, NY 10001<br>Email: gcasamento@lockelord.com<br><br>*Attorney for HSBC Bank (USA), N.A., HSBC North American Holdings Inc.* | Roger Brian Cowie<br>Locke Lord LLP<br>2200 Ross Avenue<br>Suite 2200<br>Dallas, TX 75201<br>Email: rcowie@lockelord.com<br><br>*Attorney for HSBC Bank (USA), N.A., HSBC North American Holdings Inc.* |
| Micah G. Block<br>Davis Polk & Wardwell (Menlo Park)<br>1600 El Camino Real<br>Menlo Park, CA 94025<br>Email: micah.block@davispolk.com<br><br>*Attorney for Royal Bank of Scotland, plc* | Neal Alan Potischman<br>Paul Steel Mishkin<br>Adam Gabor Mehes<br>John Michael Briggs<br>Maude Paquin<br>Alyssa Beaver Gomez<br>Lewis Charles Shioleno<br>Davis Polk & Wardwell LLP (NYC)<br>450 Lexington Avenue<br>New York, NY 10017<br>Email: Neal.Potischman@dpw.com<br>Email: paul.mishkin@dpw.com<br>Email: adam.mehes@davispolk.com<br>Email: john.briggs@davispolk.com<br>Email: maude.paquin@davispolk.com<br>Email: alyssa.gomez@davispolk.com<br>Email: shioleno@gmail.com (Inactive)<br><br>*Attorneys for Royal Bank of Scotland, plc* |
| Gretchen Wolf<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>155 North Wacker Drive<br>Suite 2700<br>Chicago, IL 60606-1720<br>Email: gretchen.wolf@skadden.com<br><br>*Attorney for JP Morgan Chase & Co., JPMorgan Chase Bank, N.A.* | Harry Peter Koulos<br>Tansy Woan<br>Boris Bershteyn<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001-8602<br>Email: harry.koulos@skadden.com<br>Email: tansy.woan@skadden.com<br>Email: boris.bershteyn@skadden.com<br><br>*Attorneys for JP Morgan Chase & Co., JPMorgan Chase Bank, N.A.* |

| | |
|---|---|
| Alan M. Wiseman<br>Andrew D. Lazerow<br>Covington & Burling, L.L.P. (DC)<br>One City Center, 850 10th Street NW<br>Washington, DC 20001<br>Email: awiseman@cov.com<br>Email: alazerow@cov.com<br><br>*Attorneys for Citigroup, Inc., Citicorp, Citibank, N.A.* | Andrew Arthur Ruffino<br>Covington & Burling LLP(NYC)<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Email: aruffino@cov.com<br><br>*Attorney for Citigroup, Inc., Citicorp, Citibank, N.A.* |
| Tammy Albarran<br>Covington and Burling LLP<br>One Front Street 35th Floor<br>San Francisco, CA 94111<br>Email: talbarran@cov.com<br><br>*Attorney for Citigroup, Inc., Citicorp, Citibank, N.A.* | David Jarrett Arp<br>Melanie Leigh Katsur<br>Gibson, Dunn & Crutcher, LLP (DC)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Email: jarp@gibsondunn.com<br>Email: mkatsur@gibsondunn.com<br><br>*Attorneys for UBS AG* |
| Eric Jonathan Stock<br>Gibson, Dunn & Crutcher, LLP (NY)<br>200 Park Avenue<br>New York, NY 10166<br>Email: estock@gibsondunn.com<br><br>*Attorney for UBS AG* | Adam Seth Paris<br>Sullivan & Cromwell LLP (Los Angeles)<br>1888 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Email: parisa@sullcrom.com<br><br>*Attorney for Barclays PLC, Barclays Capital, Inc.* |
| David Harold Braff<br>Sullivan and Cromwell, LLP(NYC)<br>125 Broad Street<br>New York, NY 10004<br>Email: braffd@sullcrom.com<br><br>*Attorney for Barclays PLC, Barclays Capital, Inc.* | Jeffrey T. Scott<br>Kathleen Suzanne McArthur<br>Maeghan Owen Mikorski<br>Matthew Alain Peller<br>Matthew Alexander Schwartz<br>Yvonne Susan Quinn<br>Sullivan and Cromwell, LLP(NYC)<br>125 Broad Street<br>New York, NY 10004<br>Email: scottj@sullcrom.com<br>Email: mcarthurk@sullcrom.com<br>Email: mikorskim@sullcrom.com<br>Email: pellerm@sullcrom.com<br>Email: schwartzmatthew@sullcrom.com<br>Email: quinny@sullcrom.com<br><br>*Attorneys for Barclays PLC, Barclays Capital, Inc.* |

Case 1:15-cv-09300-LGS   Document 632   Filed 09/01/20   Page 6 of 6