UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
JOHN NYPL, et al., :
                  Plaintiffs, :
: 15 Civ. 9300 (LGS)
       -against- :
: ORDER
JP MORGAN CHASE & CO., et al., :
                  Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on August 31, 2020, Plaintiffs filed a motion to seal the portions of a joint letter (Dkt. No. 629).  On September 2, 2020, Defendants filed a letter in support (Dkt. No. 635).  It is hereby

    **ORDERED** that Plaintiffs' motion to seal is **GRANTED**.  The unredacted version of the joint letter will remain sealed, and only the parties and individuals identified in the attached appendix will have access.  Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access.  *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case.").  Filing the above-referenced document in redacted form is necessary to prevent the unauthorized dissemination of confidential business information.

Dated: September 3, 2020
       New York, New York

                                                             LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE