UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOHN NYPL, et al.,                                          :
                                        Plaintiffs,         :      15 Civ. 9300 (LGS)
                                                            :
              -against-                                     :      ORDER
                                                            :
JPMORGAN CHASE & CO., et al.,                               :
                                        Defendants.         :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, pursuant to the Court's Orders at Dkt. Nos. 574 and 622, on August 21, 2020, the parties filed a joint status letter (Dkt. No. 623), (1) to apprise the Court of the status of certain interrogatory responses, any supplemental responses and any related disputes; (2) to inform the Court of whether Plaintiffs intend to seek depositions based upon the interrogatory responses, the proposed dates for any such depositions and any related disputes; and (3) to propose appropriate amendments to Sections II and IV of the Third Amended Civil Case Management Plan and Scheduling Order;

    WHEREAS, on September 1, 2020, the Defendants filed a pre-motion letter in anticipation of a motion to compel the production of Plaintiffs' final expert report in support of class certification (Dkt. No. 633), and, on September 4, 2020, Plaintiffs filed a responsive letter (Dkt. No. 641);

    WHEREAS, the Court scheduled a conference for September 10, 2020, to address the issues the parties raised in their August 21, 2020 joint status letter (Dkt. No. 623), and to discuss the September 1, 2020, pre-motion letter (Dkt. No. 633);

    WHEREAS, on September 9, 2020, the Court issued an Order addressing several of the issues the parties raised in their August 21, 2020, joint status letter and stated that the issues of Plaintiffs' request to take certain depositions and the timing of Plaintiffs' production of their final

expert report in support of class certification would be discussed at the September 10, 2020, conference (Dkt. No. 644);

WHEREAS, for the reasons discussed at the September 10, 2020, conference, it is hereby

**ORDERED** that, by **September 18, 2020**, the parties shall meet and confer to discuss (1) the further production of any previously requested documents or information that either are or reflect communications between Defendants and the United States Department of Justice, related and leading up to the plea agreements referenced in the stipulation the Court approved on March 18, 2018, (Dkt. No. 425), and (2) the timing of Plaintiffs' production of their final expert report in support of class certification.  It is further

**ORDERED** that, by **September 18, 2020**, the parties shall file a joint status letter (i) apprising the Court of the outcome of the parties' discussion, (ii) informing the Court of any remaining disputes and (iii) proposing a deadline for the production of Plaintiffs' final expert report in support of class certification.  The parties' proposed deadline for the production of Plaintiffs' final expert report in support of class certification shall be no earlier than thirty (30) days after the completion Defendants' further document production.  It is further

**ORDERED** that, to the extent the September 9, 2020, Order requires clarification, Defendants HSBC North America Holdings, Inc. and HSBC USA, N.A. have no obligation to respond to interrogatories on behalf of non-party HSBC Holdings plc.

Dated: September 10, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**