UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JOHN NYPL, et al.,                                           :
                                   Plaintiffs,               :
                                                             :     15 Civ. 9300 (LGS)
                  -against-                                  :
                                                             :     ORDER
JP MORGAN CHASE & CO., et al.,                               :
                                   Defendants.               :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 6, 2021, the Court issued an Order setting a briefing schedule for Plaintiffs' motion for class certification (the "Motion") and any related motions to exclude experts.  Dkt. No. 695.  It is hereby

**ORDERED** that, by **January 11, 2021**, the parties shall make a joint proposal on page limits, keeping in mind the Court's prescribed limits for single motions, set forth in Individual Rule III.B.1.

Dated: January 7, 2021
       New York, New York

                                                  _____
                                                  **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**