UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------X
                                              :
 JOHN NYPL, et al.,                           :
                              Plaintiffs,     :
                                              :          15 Civ. 9300 (LGS)
            -against-                         :
                                              :               ORDER
 JP MORGAN CHASE & CO., et al.,               :
                              Defendants.     :
---------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 4, 2020, fact discovery ended.  Dkt. No. 683.

WHEREAS, on June 21, 2021, Plaintiffs filed a letter seeking leave to file certain offers

of proof pursuant to Federal Rule of Civil Procedure Rule 103.  Dkt. No. 714.

WHEREAS, on June 28, 2021, Defendants filed a responsive letter (Dkt. No. 755), and on

July 7, 2021, Plaintiffs filed a reply (Dkt. No. 758).  It is hereby

**ORDERED** that Plaintiffs' application is **DENIED** for substantially the reasons stated in

Defendants' June 28, 2021, letter (Dkt. No. 755), and because any objections to the prior rulings

referenced in Plaintiffs' June 21, 2021, letter are untimely.

The Clerk of Court is respectfully directed to close the motion at Docket No. 714.

Dated: July 8, 2021
     New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**