UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN NYPL,

                Plaintiff

-against-

JP MORGAN CHASE & CO., et al.,

                Defendants.
------------------------------------------------------------X

15 Civ. 9300 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Plaintiffs' motion for class certification was denied on March 18, 2022;

    WHEREAS, the Order at Dkt. No. 695 set a schedule for merit expert discovery. It is hereby

    **ORDERED** that, in accordance with the schedule at Dkt. No. 695, Plaintiffs shall disclose their merits expert(s) by **April 18, 2022**; Defendants shall disclose their expert(s) by **June 17, 2022**; and Plaintiffs shall disclose any rebuttal expert(s) by **July 18, 2022**. Depositions of all disclosed merit experts shall be completed by **August 17, 2022**. It is further

    **ORDERED** that by **August 26, 2022**, the parties shall submit a joint letter advising the Court of their views and proposing a schedule for dispositive motions.

Dated: March 21, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**