**Davis Polk**

John M. Briggs
+1 212 450 3292
john.briggs@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

May 11, 2022

Re:     *John Nypl, et al. v. JPMorgan Chase & Co., et al.*, No. 15 Civ. 9300 (LGS)

<u>By ECF</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Schofield:

Davis Polk & Wardwell LLP ("Davis Polk") represents defendant The Royal Bank of Scotland plc, now known as NatWest Markets Plc ("RBS"), in the above-referenced action. After May 13, 2022, I will no longer be associated with Davis Polk and thus will no longer serve as counsel to RBS. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record.

Davis Polk attorneys, including Paul S. Mishkin and Adam G. Mehes, will continue to represent RBS in this action. Pursuant to Local Rule 1.4, I confirm that I am not asserting a retaining or charging lien.

Respectfully submitted,


/s/ John M. Briggs
John M. Briggs


cc:     All counsel of record (by ECF)


SO ORDERED.     DATE _____


_____
U.S.D.J.