UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
:
JOHN NYPL, et al.,                                   :
                                                     :  No. 1:15-cv-09300-LGS
          Plaintiffs,                                :
                                                     :  MOTION TO WITHDRAW
v.                                                   :
                                                     :  ECF Case
JP MORGAN CHASE & CO., et al.,                       :
                                                     :
          Defendants.                                :
                                                     :
---------------------------------------------------- x

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the declaration of Paul S. Mishkin below, Defendant The Royal Bank of Scotland plc, now known as NatWest Markets Plc ("RBS"), hereby moves this Court for an Order allowing John M. Briggs to withdraw as counsel for Defendant RBS. In support of such notice, and pursuant to Local Rule 1.4, undersigned counsel states the following:

1. As of May 13, 2022, Mr. Briggs is no longer associated with the law firm of Davis Polk & Wardwell LLP.

2. Fact discovery was completed on July 20, 2020 [ECF No. 694]; Plaintiffs' motion for class certification was denied by this Court on March 18, 2022 [ECF No. 776]; and merits expert discovery is currently scheduled to conclude no later than August 17, 2022 [ECF No. 777].

3. Davis Polk & Wardwell LLP continues to be counsel of record for RBS in this matter.

4. Pursuant to Local Rule 1.4, Mr. Briggs is not asserting a retaining or charging lien.

| | |
|---|---|
| Dated: New York, New York<br>May 19, 2022 | Respectfully Submitted, |

By: */s/ Paul S. Mishkin*
Paul S. Mishkin
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York  10017
Telephone:  (212) 450-4292
Facsimile:   (212) 701-5292
paul.mishkin@davispolk.com

*Counsel for Defendant The Royal Bank of Scotland plc, now known as NatWest Markets Plc*

2