```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
  JOHN NYPL, et al.,                                         :
                                    Plaintiffs,              :
                                                             :         15 Civ. 9300 (LGS)
                   -against-                                 :
                                                             :              ORDER
  JP MORGAN CHASE & CO., et al.,                             :
                                    Defendants.              :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court's May 24, 2022, Order (Dkt. No. 786), required Plaintiffs to file a response to Defendants' pre-motion letter (Dkt. No. 785) by May 31, 2022;

WHEREAS, the Plaintiffs failed to file the required letter.  It is hereby

**ORDERED** that Plaintiffs shall file the required letter by **June 2, 2022**.

Dated: June 1, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**