UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JOHN NYPL, et al.,
                            Plaintiffs,

                  -against-

JP MORGAN CHASE & CO., et al.,
                          Defendants.
------------------------------------------------------------X

15 Civ. 9300 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference was held in this case on June 29, 2022. It is hereby

**ORDERED** that, by **July 25, 2022**, Defendants shall file a letter stating whether they still intend to file a motion for summary judgment after Plaintiffs have disclosed any rebuttal expert opinions on July 18, 2022, pursuant to the Order at Dkt. No. 777. If Defendants intend to file a motion for summary judgment, Defendants' letter shall propose a briefing schedule that provides approximately one month each for the motion and opposition and two weeks for the reply.

Dated: June 30, 2022
       New York, New York

                                                   LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE