July 25, 2022

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Defendants shall file their motion for summary judgment by **September 1, 2022**. Plaintiffs shall file their opposition by **September 29, 2022**. Defendants shall file their reply by **October 13, 2022**.
>
> So Ordered.
>
> Dated: July 26, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   *Nypl, et al. v. JPMorgan Chase & Co., et al.*, Case No. 1:15-cv-9300 (LGS)

Dear Judge Schofield:

On behalf of the undersigned Defendants and pursuant to this Court's June 30, 2022 Order (ECF No. 792), we write to confirm that Defendants intend to file a motion for summary judgment. Defendants propose the following briefing schedule:

- Defendants shall file their opening brief in support of their motion for summary judgment (and, to the extent appropriate at this time, any *Daubert* motion) by **August 26, 2022**.

- Plaintiffs shall file any opposition by **September 26, 2022**.

- Defendants shall file their reply by **October 10, 2022**.

- Defendants shall provide a courtesy copy of the motion papers, including exhibits, as provided for the in the Court's Individual Rules and Procedures for Civil Cases.

Respectfully submitted,

| | |
|---|---|
| SHEARMAN & STERLING LLP | SULLIVAN & CROMWELL LLP |
| By: s/ Adam S. Hakki* <br>     Adam S. Hakki <br>     Jeffrey J. Resetarits | By: s/ Matthew A. Schwartz* <br>     Matthew A. Schwartz |
| *Attorneys for Defendants Bank of America Corporation and Bank of America, N.A.* | *Attorneys for Defendants Barclays PLC and Barclays Capital Inc.* |

| | |
|---|---|
| COVINGTON & BURLING LLP | LOCKE LORD LLP |
| By: s/ Andrew A. Ruffino*<br>  Andrew A. Ruffino<br>  Andrew D. Lazerow | By: s/ J. Matthew Goodin*<br>  Roger B. Cowie<br>  Gregory T. Casamento<br>  J. Matthew Goodin<br>  Julia C. Webb |
| *Attorneys for Defendants Citicorp, Citigroup Inc. and Citibank N.A.* | *Attorneys for Defendants HSBC Bank USA, N.A. and HSBC North America Holdings, Inc.* |
| SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP | DAVIS POLK & WARDWELL LLP |
| By: s/ Boris Bershteyn<br>  Boris Bershteyn<br>  Tansy Woan | By: s/ Paul S. Mishkin*<br>  Paul S. Mishkin<br>  Eric M. Kim<br>  Charlotte M. Savino |
| *Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* | *Attorneys for Defendant The Royal Bank of Scotland plc, now known as NatWest Markets Plc* |

GIBSON, DUNN & CRUTCHER LLP

By: s/ Eric J. Stock*
  Eric J. Stock
  Melanie L. Katsur

*Attorneys for Defendant UBS AG*

*Signatures used with permission pursuant to S.D.N.Y. ECF Rule 8.5