Law Offices
of
# Lingel H. Winters
A PROFESSIONAL CORPORATION
2900 Shasta Rd
Berkeley, California St. 94708
(510) 845-5914

August 2, 2022

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Nypl et al. v. JP Morgan Chase & Co., et al; Case No. 15 Civ. 9300(LGS)*
             **Request for Extension of Time; ECF 796**

Dear Judge Schofield:

      Plaintiffs respectfully request a fifteen (15) day extension of time from September 29, 2022 per ECF 796 to **October 14, 2022** to file their opposition to Defendants' motion for summary judgment, with Defendants' reply to be filed fourteen (14) days later on October 28, 2022. Defendants have had since June 30, 2022 to prepare their motion as noted in ECF 792

                                Respectfully submitted,

                                **LAW OFFICES OF LINGEL H. WINTERS, P.C.**

                 By:   */s/Lingel H. Winters*
                        Lingel H. Winters
                        *Attorneys for Plaintiffs*

cc: All counsel of record via ECF

Application DENIED.

Dated: August 2, 2022
New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**