UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN NYPL, et al.
                       Plaintiffs,

            15 Civ. 9300 (LGS)

      -against-

            ORDER

JP MORGAN CHASE & CO., et al.,
                       Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on September 29 and September 30, 2022, Plaintiffs filed papers in opposition to Defendants' motion for summary judgment under seal without providing for Defendants or their counsel to have access to the unredacted papers (Dkt. Nos. 815-817).

    WHEREAS, on September 30, 2022, Plaintiffs filed similar papers on the public docket that Plaintiffs apparently attempted to redact but failed to redact effectively (Dkt. Nos. 818-820).

    WHEREAS, Plaintiffs' improperly "redacted" filings have been placed under seal pending resolution of the above issues. It is hereby

    **ORDERED** that, by **October 5, 2022**, Plaintiffs shall re-file public versions of their opposition papers including, where appropriate, effective redactions. It is further

    **ORDERED** that the Clerk of Court is respectfully directed to modify the viewing privileges of Dkt. Nos. 815, 816, 817, 818, 819 and 820 to provide access to the individuals named in Appendix A to the parties' joint motion to seal, attached to this Order (Dkt. No. 805).

Dated: October 4, 2022
       New York, New York

                                         LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE

# APPENDIX A

| | |
|---|---|
| **Alioto Law Firm**<br>Joseph M. Alioto<br>Thomas P. Pier<br><br>*Attorneys for Plaintiffs* | **Law Offices of Lingel H. Winters**<br>Lingel H. Winters<br><br><br>*Attorneys for Plaintiffs* |
| **Nedeau Law Firm**<br>Christopher A Nedeau<br><br>*Attorneys for Plaintiffs* | **Law Offices of Lawrence G. Papale**<br>Lawrence Papale<br><br>*Attorneys for Plaintiffs* |
| **SHEARMAN & STERLING LLP**<br><br>Adam S. Hakki<br>Richard F. Schwed<br>Jeffrey J. Resetarits<br><br><br>*Attorneys for Defendants Bank of America Corporation and Bank of America, N.A.* | **SULLIVAN & CROMWELL LLP**<br><br>Matthew A. Schwartz<br>Christopher J. Dunne<br>Mark A. Popovsky<br>Maeghan O. Mikorski<br><br>*Attorneys for Defendants Barclays PLC and Barclays Capital Inc.* |
| **COVINGTON & BURLING LLP**<br><br>Andrew A. Ruffino<br>Andrew D. Lazerow<br><br><br><br>*Attorneys for Defendants Citicorp, Citigroup Inc. and Citibank N.A.* | **LOCKE LORD LLP**<br><br>Roger B. Cowie<br>Gregory T. Casamento<br>J. Matthew Goodin<br>Julia C. Webb<br><br>*Attorneys for Defendants HSBC Bank USA, N.A. and HSBC North America Holdings, Inc.* |
| **SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP**<br><br>Boris Bershteyn<br>Peter S. Julian<br>Tansy Woan<br><br>*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A* | **DAVIS POLK & WARDWELL LLP**<br><br>Paul S. Mishkin<br>Charlotte M. Savino<br>Eric M. Kim<br><br><br>*Attorneys for Defendant The Royal Bank of Scotland plc, now known as NatWest Markets Plc* |

2

| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP**<br><br>Eric J. Stock<br>Melanie L. Katsur<br><br>*Attorneys for Defendant UBS AG* | |