**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOHN NYPL, et al.,

                Plaintiffs,

    -against-                                    15 **CIVIL** 9300 (LGS)

                                                   **<u>JUDGMENT</u>**

JP MORGAN CHASE & CO., et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 30, 2023, Defendants' motion for summary judgment is granted. The request for oral argument is denied as moot; accordingly, the case is closed.

**Dated:**  New York, New York

      March 30, 2023

                                                         **RUBY J. KRAJICK**

                                                       _____
                                                            **Clerk of Court**

                                   **BY:**    *K. Mango*

                                                            _____
                                                             **Deputy Clerk**